Henry S. David (CA SBN 89297)
*hdavid@davidfirm.com*
Hayim M. Gamzo (CA SBN 307033)
*hgamzo@davidfirm.com*
The David Firm®
617 W. 7th Street, Suite 702
Los Angeles, California 90017
Telephone: (213) 550-4020
Facsimile: (213) 550-4010

Annie S. Wang (CA SBN 243027)
*annie@wangalc.com*
J. Andrew Coombs, Of Counsel (CA SBN 123881)
*andy@wangalc.com*
Wang Law Corporation
1150 Foothill Boulevard, Suite E
La Cañada Flintridge, California 91011
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Creditors
Seiko Epson Corporation
and Epson America, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>    Artem Koshkalda,[1]<br><br>        Debtor. | **Case No. 3:18-bk-30016-HB**<br><br>**Chapter 11**<br><br>**REPLY REQUEST FOR JUDICIAL NOTICE BY CREDITORS SEIKO EPSON CORPORATION AND EPSON AMERICA, INC. IN SUPPORT OF THEIR MOTION (A) TO DISMISS CASE; OR (B) IN THE ALTERNATIVE, FOR APPOINTMENT OF A TRUSTEE, RELIEF FROM STAY ETC.**<br><br>**Date: March 8, 2018**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 19** |

---

[1] The last four digits of Debtor's Social Security number are 2658, and the Debtor asserts that his principal place of business is 338 Potrero Ave., San Francisco, CA 94103.

In re Artem Koshkalda: Reply Req. for Jud. Not. i/s/o Motion to Dismiss etc.

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in connection with their reply papers in support of their Motion (A) to Dismiss Case; or (B) in the Alternative, for Appointment of a Trustee, Relief from Stay, etc., Plaintiffs Seiko Epson Corporation and Epson America, Inc. hereby respectfully request that, pursuant to Federal Rules of Evidence, Rule 201, the Court take judicial notice of the following records filed in the following actions:

**A.    DOCUMENTS CITED IN BOTH REPLY MEMORANDUM OF LAW AND REPLY DECLARATION OF ANNIE S. WANG**

| Ex. No. | Description |
|---|---|
| 42 | Minutes of Proceeding, entered on February 3, 2017 as Docket No. 55 in <u>Seiko Epson Corporation, et al. v. InkSystem LLC, et al.</u>, Case No. 3:16-cv-00524-RCJ-VPC in the United States District Court for the District of Nevada (the "Infringement Action") |
| 43 | Joint Discovery Status Report, Stipulated Discovery Plan and [Proposed] Scheduling Order, filed on May 1, 2017 as Docket No. 71 in the Infringement Action |
| 44 | Scheduling Order, entered on May 10, 2017 as Docket No. 72 in the Infringement Action |
| 45 | Transcript of June 8, 2017 Case Management Conference, filed on October 26, 2017 as Docket No. 243 in the Infringement Action |
| 46 | Declaration of Artem Koshkalda in Support of Defendants' response and Opposition to Plaintiffs' Renewed Motion to Compel, filed on July 12, 2017 as Docket No. 94 in the Infringement Action |
| 47 | Transcript of July 14, 2017 Case Management Conference, filed on October 26, 2017 as Docket No. 244 in the Infringement Action |

B. **DOCUMENTS CITED ONLY IN REPLY DECLARATION OF ANNIE S. WANG**

| Ex. No. | Description |
|---|---|
| 48 | Minutes of Proceeding, entered on December 15, 2016 as Docket No. 46 in the Infringement Action |
| 49 | Minutes of Proceeding, entered on March 9, 2017 as Docket No. 59 in the Infringement Action |
| 50 | Order, entered on May 23, 2017 as Docket No. 75 in the Infringement Action |
| 51 | Declaration of Herb Seitz [in support of Plaintiffs' Application for *Ex Parte* Temporary Restraining Order and Order for Seizure and Impoundment; and Motion for Preliminary Injunction, filed on September 9, 2016 as Docket No. 7 in the Infringement Action |
| 52 | Declaration of Annie S. Wang in Support of Plaintiffs' Opposition to Defendants' Motion to Vacate Preliminary Injunction [Docket No. 154], and Exhibit A, filed on August 3, 2017 as Docket No. 171 in the Infringement Action |
| 53 | Exhibit A to Plaintiffs' Opposition to Defendants Emergency Motion to Release $65,000 to Fund Recently Filed Litigation, filed on September 12, 2017 as Docket No. 192 in the Infringement Action |
| 54 | Exhibit 2 [to Plaintiffs' Emergency Motion for Appointment of Receiver; Memorandum of Points and Authorities; and Declarations of Henry S. David, Annie S. Wan, and W. Donald Gieseke and Exhibits in Support], filed on December 4, 2017 as Docket No. 274-1 in the Infringement Action |

- 2 -

In re Aben Kohlkelda: Reply Req. for Jud. Not. /s/o Motion to Dismiss etc.

Reply RfJN000002

Case: 18-30016   Doc# 50   Filed: 02/02/18   Entered: 02/02/18 20:30:40   Page 3 of 4

| | |
|---|---|
| 55 | Emergency Motion to Release Means to Pay Business Expenses, Taxes, Fees for September, filed on August 31, 2017 as Docket No. 174 in the Infringement Action |
| 56 | Plaintiffs' Opposition to Defendant Koshkalda's Motion to Extend Time to File Response to Plaintiffs' Emergency Motion for Contempt [Docket No. 186], filed on September 25, 2017 as Docket No. 213 in the Infringement Action |
| 57 | Plaintiffs Second Emergency Motion for Order to Show Cause re Contempt as to Artem Koshkalda and Those Acting in Concert with Him; Declaration and Exhibits in Support, filed on September 29, 2017 as Docket No. 218 in the Infringement Action |
| 58 | Declaration Under Penalty by Non-Individual Debtor, filed on January 26, 2018 as Docket No. 41 in <u>In re ART, LLC</u>, Case No. 3:18-bk-30014 in this Court |

DATED: February 2, 2018  THE DAVID FIRM®

By: /s/ Henry S. David
 Henry S. David
Attorneys for Creditors
Seiko Epson Corporation
and Epson America, Inc.

- 3 -

Case: 18-30016  Doc# 50  Filed: 02/02/18  Entered: 02/02/18 20:30:40  Page 4 of 4

In re Artem Koshkalda: Reply Req. for Jud. Not. /s/o Motion to Dismiss etc.
Reply RfJN000003