**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: Artem Koshkalda, Debtor

**Case No.** 18-30016-HLB

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 01/31/18 **PETITION DATE:** 01/05/18

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here _ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $19,518 | | |
| | b. Total Assets | $6,350,279 | | $6,346,079 |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $6,750,111 | | $6,750,111 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $4,200 | | $4,200 |
| | b. Total Disbursements | $0 | | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $4,200 | $0 | $4,200 |
| | d. Cash Balance Beginning of Month | $0 | | $0 |
| | e. Cash Balance End of Month (c + d) | $4,200 | $0 | $4,200 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| | **At the end of this reporting month:** | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | ✓ |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | ✓ |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | ✓ | |
| 13. | Are a plan and disclosure statement on file? | | ✓ |
| 14. | Was there any post-petition borrowing during this reporting period? | | ✓ |

15. Check if paid: Post-petition taxes N/A; U.S. Trustee Quarterly Fees N/A; Check if filing is current for: Post-petition tax reporting and tax returns: N/A.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 2/21/2018 0:00

Artem Koshkalda
Responsible Individual

**BALANCE SHEET**
**(Small Real Estate/Individual Case)**
**For the Month Ended** 01/31/18

| | | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Assets** | | |
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $4,200 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: Cash in accounts at a time of freeze orders | | $15,318 |
| 5 | | | |
| 6 | **Total Current Assets** | | $19,518 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $1,789,000 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: Loan to the sole owned LLCs | | $4,529,261 |
| 16 | Misc. furnishings and clothing | ✓ | $8,000 |
| 17 | Landlord security deposit | | $4,500 |
| 18 | **Total Long Term Assets** | | $6,330,761 |
| 19 | **Total Assets** | | $6,350,279 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 20 | Post-petition not delinquent (under 30 days) | | |
| 21 | Post-petition delinquent other than taxes (over 30 days) | | |
| 22 | Post-petition delinquent taxes | | |
| 23 | Accrued professional fees | | |
| 24 | Other: | | |
| 25 | | | |
| 26 | **Total Current Liabilities** | | $0 |
| 27 | **Long-Term Post Petition Debt** | | |
| 28 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 29 | Secured claims (residence) | | |
| 30 | Secured claims (other) | | $1,389,421 |
| 31 | Priority unsecured claims | | |
| 32 | General unsecured claims | | $5,360,691 |
| 33 | **Total Pre-Petition Liabilities** | | $6,750,111 |
| 34 | **Total Liabilities** | | $6,750,111 |
| | **Equity (Deficit)** | | |
| 35 | **Total Equity (Deficit)** | | ($399,832) |
| 36 | **Total Liabilities and Equity (Deficit)** | | $6,350,279 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A - Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 | Property 4 | Property 5 | Property 6 |
|---|---|---|---|---|---|---|---|
| 1 | **Description of Property** | 253 Friedell St | 38868 Thimbleberry Pl | | | | |
| 2 | **Scheduled Gross Rents** | $4,200 | $3,950 | | | | |
| | **Less:** | | | | | | |
| 3 | **Vacancy Factor** | | | | | | |
| 4 | **Free Rent Incentives** | | | | | | |
| 5 | **Other Adjustments** | | | | | | |
| 6 | **Total Deductions** | $0 | $0 | $0 | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $4,200 | $3,950 | $0 | $0 | $0 | $0 |
| 8 | **Less: Rents Receivable** | | | | | | |
| 9 | **Scheduled Net Rents Collected** | $4,200 | $3,950 | $0 | $0 | $0 | $0 |

## Schedule B - Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 | Account 6 |
|---|---|---|---|---|---|---|---|
| 10 | **Bank** | Bank of America | Bank of America | Bank of America | Bank of America | Bank of America | Bank of America |
| 11 | **Account No.** | 1744 | 7255 | 0519 | 0087 | 0090 | 0100 |
| 12 | **Account Purpose** | Savings | Checking | Checking | Checking | Checking | Checking |
| 13 | **Balance, End of Month** | $0 | $0 | $0 | $0 | $0 | $0 |

| | | Account 7 | Account 8 | Account 9 | Account 10 | Account 11 |
|---|---|---|---|---|---|---|
| 14 | **Bank** | Bank of America | Wells Fargo Bank | Wells Fargo Bank* | Fremont Bank* | Comerica |
| 15 | **Account No.** | 0155 | 0399 | 8446 | 2040 | 3916 |
| 16 | **Account Purpose** | Checking | Checking | Checking | Checking | Checking |
| 17 | **Balance, End of Month** | $0 | $0 | $0 | $0 | $0 |
| 18 | **Total Funds on Hand for all Accounts** | $0 | | | | |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**Increase/(Decrease) in Cash and Cash Equivalents**

**For the Month Ended ____________**

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $4,200 | $4,200 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $4,200 | $4,200 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $0 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $4,200 | $4,200 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $4,200 | $4,200 |

**In re Artem Koshkalda**

**Chapter 11 case No. 18-30016**

**Attachment to January 2018 Operating Report**

Artem Koshkalda, the debtor-in-possession herein (the "Debtor"), commenced the above-referenced Chapter 11 case on January 5, 2018 (the "Petition Date"). He has opened a Debtor In Possession account, but has not received any statements related to that account.

The attached account statements represent the statements for prepetition accounts that existed as of the Petition Date (and that the Debtor has access to), as well as activity in such accounts.



P.O. Box 15284
Wilmington, DE 19850

ARTEM KOSHKALDA
800 REDFIELD PKWY APT 162
RENO, NV 89509-6552

**Customer service information**

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your combined statement

for December 21, 2017 to January 23, 2018

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---|---|
| BofA Core Checking | 0087 | $2,283.21 | Page 3 |
| BofA Core Checking | 0090 | $0.00 | Page 5 |
| BofA Core Checking | 0100 | $0.00 | Page 7 |
| BofA Core Checking | 0155 | $0.00 | Page 9 |
| **Total balance** | | **$2,283.21** | |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

 # Your checking account

Account number: 0087

## Your BofA Core Checking

**ARTEM KOSHKALDA**

### Account summary

| | |
|---|---|
| Beginning balance on December 21, 2017 | $2,283.21 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 23, 2018** | **$2,283.21** |

**We have a new requirement for making cash deposits to our consumer accounts.**
You will now need to be an owner or authorized user on the account to make a cash deposit to a personal checking or savings account with an associate in our financial centers. This change helps us reduce risks from cash transactions involving persons who are not authorized on an account.

Invest online with professional portfolio management by Merrill Lynch

MERRILL
EDGE®
Bank of America Corporation

Visit **merrilledge.com/invest** to pursue your goal with Merrill Edge® Guided Investing

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, investment advisor, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. ©2017 Bank of America Corporation

Investment products: **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value**

SSM-07-17-0554.B | ARPFXLMX

This page intentionally left blank



# Your BofA Core Checking

**ARTEM KOSHKALDA**

## Account summary

| | |
|---|---|
| Beginning balance on December 21, 2017 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 23, 2018** | **$0.00** |

**We have a new requirement for making cash deposits to our consumer accounts.**
You will now need to be an owner or authorized user on the account to make a cash deposit to a personal checking or savings account with an associate in our financial centers. This change helps us reduce risks from cash transactions involving persons who are not authorized on an account.

This page intentionally left blank

Case: 18-30016 Doc# 64 Filed: 02/21/18 Entered: 02/21/18 18:07:47 Page 11 of 43



## Your checking account

Account number: 0100

# Your BofA Core Checking

**ARTEM KOSHKALDA**

## Account summary

| | |
|---|---|
| Beginning balance on December 21, 2017 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 23, 2018** | **$0.00** |

**We have a new requirement for making cash deposits to our consumer accounts.**
You will now need to be an owner or authorized user on the account to make a cash deposit to a personal checking or savings account with an associate in our financial centers. This change helps us reduce risks from cash transactions involving persons who are not authorized on an account.

This page intentionally left blank



# Your checking account

Account number: 0155

## Your BofA Core Checking

**ARTEM KOSHKALDA**

## Account summary

| | |
|---|---|
| Beginning balance on December 21, 2017 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on January 23, 2018** | **$0.00** |

**We have a new requirement for making cash deposits to our consumer accounts.**
You will now need to be an owner or authorized user on the account to make a cash deposit to a personal checking or savings account with an associate in our financial centers. This change helps us reduce risks from cash transactions involving persons who are not authorized on an account.

This page intentionally left blank

Case: 18-30016 Doc# 64 Filed: 02/21/18 Entered: 02/21/18 18:07:47 Page 15 of 43



**BofA Core Checking - 0087: Account Activity**

Balance Summary:$0.00 (available as of today 02/21/2018)
View:today 02/21/2018

## All Transactions

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| **Amount included in Available Balance** | | | | |
| Hold | BALANCE HOLD | H | -121.65 | 2,161.56 |
| **Statement as of 10/24/2017** | | | | |
| 10/04/2017 | AMZNJ8BFNLXQ DES:Marketplac ID:V04T6OY6MRICVET INDN:Barbetta CO... | C | 19.25 | 2,283.21 |
| **Statement as of 08/24/2017** | | | | |
| 08/09/2017 | AMZNJ63EZX58 DES:Marketplac ID:FM11UNZXHTOASVH INDN:Barbetta CO... | C | 2,263.96 | 2,263.96 |
| 08/03/2017 | Legal Order, LTS D080217001180 | C | -121.65 | 0.00 |
| **Statement as of 07/22/2017** | | | | |
| 07/12/2017 | Online Banking transfer to CHK 3491 Confirmation# 3486053969 | C | -16,000.00 | 121.65 |
| 07/12/2017 | AMZNJ4ZEO268 DES:Marketplac ID:QBVJ5Y1NLUPNEU2 INDN:Barbetta CO... | C | 16,087.79 | 16,121.65 |
| **Statement as of 06/23/2017** | | | | |
| 06/22/2017 | Monthly Maintenance Fee | C | -12.00 | 33.86 |
| **Statement as of 04/21/2017** | | | | |
| 04/20/2017 | IRS DES:USATAXPYMT ID:XXXXX1005018304 INDN:ARTEM KOSHKALDA CO ID:XXXXX02000 PPD | C | -151,914.00 | 45.86 |
| 04/20/2017 | Online Banking transfer to CHK 3491 Confirmation# 1571105690 | C | -350.00 | 151,959.86 |
| 04/19/2017 | Online Banking transfer to CHK 3491 Confirmation# 1164117623 | C | -38,000.00 | 152,309.86 |

 Bank of America

## BofA Core Checking - 0090: Account Activity

Balance Summary:$0.00 (available as of today 02/21/2018)
View:today 02/21/2018

## All Transactions

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| **Amount included in Available Balance** | | | | |
| Hold | BALANCE HOLD | H | -113.00 | -113.00 |
| **Statement as of 08/24/2017** | | | | |
| 08/03/2017 | Legal Order, LTS D080217001180 | C | -113.00 | 0.00 |
| 07/24/2017 | Online Banking transfer from CHK 0100 Confirmation# 5382249638 | C | 100.00 | 113.00 |
| **Statement as of 07/22/2017** | | | | |
| 07/21/2017 | Monthly Maintenance Fee | C | -12.00 | 13.00 |
| 04/14/2017 | Online Banking transfer from CHK 0087 Confirmation# 2119544864 | C | 25.00 | 25.00 |



**BofA Core Checking - 0100: Account Activity**

Balance Summary:$0.00 (available as of today 02/21/2018)
View:today 02/21/2018

## All Transactions

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| **Amount included in Available Balance** | | | | |
| Hold | BALANCE HOLD | H | -395.82 | -395.82 |
| **Statement as of 11/22/2017** | | | | |
| 11/09/2017 | Legal Order Reversal, LTS D080217001180 | C | 31,100.00 | 0.00 |
| **Statement as of 08/24/2017** | | | | |
| 08/15/2017 | FAILED P2P TRANSACTION - DEBIT FDES NTX 0005092 191627 | C | -31,100.00 | -31,100.00 |
| 08/07/2017 | Legal Order, LTS D080217001180 | C | -31,100.00 | 0.00 |
| 08/04/2017 | Legal Order, LTS D080217001180 | C | -395.82 | 31,100.00 |
| 08/02/2017 | Online Banking transfer from CHK 9099 Confirmation# 2565196697 | C | 31,100.00 | 31,495.82 |
| 08/01/2017 | Wire Transfer Fee | C | -15.00 | 395.82 |
| 08/01/2017 | Online Banking transfer to CHK 9099 Confirmation# 1562832550 | C | -250,500.00 | 410.82 |
| 08/01/2017 | Online Banking Transfer Conf# 1iq6vbfk7; KASSAW, NATNAEL | C | 3,400.00 | 250,910.82 |
| 08/01/2017 | WIRE TYPE:WIRE IN DATE: 170801 TIME:1205 ET TRN:2017080100301611... | C | 240,142.64 | 247,510.82 |
| 07/31/2017 | Online Banking Transfer Conf# hsaq3lk1k; SHIPMAN, GREGORY | C | 3,600.00 | 7,368.18 |
| 07/31/2017 | Online Banking Transfer Conf# olgsfnn9i; CARR, LAURA | C | 3,700.00 | 3,768.18 |
| 07/27/2017 | Wire Transfer Fee | C | -15.00 | 68.18 |



## 0155: Account Activity

Balance Summary:$0.00 (available as of today 02/21/2018)
View:today 02/21/2018

## All Transactions

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| **Amount included in Available Balance** | | | | |
| Hold | BALANCE HOLD | H | -113.00 | -113.00 |
| **Statement as of 08/24/2017** | | | | |
| 08/03/2017 | Legal Order, LTS D080217001180 | C | -113.00 | 0.00 |
| 07/24/2017 | Online Banking transfer from CHK 0100 Confirmation# 6482256785 | C | 100.00 | 113.00 |
| **Statement as of 07/22/2017** | | | | |
| 07/21/2017 | Monthly Maintenance Fee | C | -12.00 | 13.00 |
| 04/14/2017 | Online Banking transfer from CHK 0087 Confirmation# 2219549660 | C | 25.00 | 25.00 |



P.O. Box 15284
Wilmington, DE 19850

ARTEM KOSHKALDA
800 REDFIELD PKWY APT 162
RENO, NV 89509-6552

**Customer service information**

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for January 9, 2018 to February 5, 2018

Account number: 0519

**ARTEM KOSHKALDA**

## Account summary

| | |
|---|---|
| Beginning balance on January 9, 2018 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 5, 2018** | **$0.00** |

Case: 18-30016 Doc# 64 Filed: 02/21/18 Entered: 02/21/18 18:07:47 Page 20 of 43

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



## 0519: Account Activity

Balance Summary:$0.00 (available as of today 02/21/2018)
View:today 02/21/2018

### All Transactions

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| **Amount included in Available Balance** | | | | |
| Hold | BALANCE HOLD | H | -4,249.11 | -4,249.11 |
| **Statement as of 08/10/2017** | | | | |
| 08/03/2017 | Legal Order, LTS D080217001180 | C | -4,249.11 | 0.00 |
| 08/01/2017 | Online Banking Transfer Conf# z0rc9dkqz; GALUSHCHENKO, YEVGENII | C | 4,200.00 | 4,249.11 |
| 07/18/2017 | Online Banking transfer to CHK 3491 Confirmation# 3534946422 | C | -400.00 | 49.11 |
| **Statement as of 07/08/2017** | | | | |
| 07/07/2017 | Monthly Maintenance Fee | C | -12.00 | 449.11 |
| 07/03/2017 | Online Banking transfer to CHK 3491 Confirmation# 1411976144 | C | -6,500.00 | 461.11 |
| 06/30/2017 | Online Banking Transfer Conf# gkwin5e89; GALUSHCHENKO, YEVGENII | C | 4,200.00 | 6,961.11 |
| 06/16/2017 | Wire Transfer Fee | C | -15.00 | 2,761.11 |
| 06/16/2017 | Online Banking transfer to SAV 1744 Confirmation# 7562794374 | C | -50.00 | 2,776.11 |
| 06/16/2017 | WIRE TYPE:WIRE IN DATE: 170616 TIME:1217 ET TRN:2017061600278317... | C | 247.43 | 2,826.11 |
| 06/15/2017 | Online Banking Transfer Conf# qy4u87sm7; GALUSHCHENKO, YEVGENII | C | 2,240.00 | 2,578.68 |
| 06/13/2017 | Wire Transfer Fee | C | -15.00 | 338.68 |
| 06/13/2017 | Online Banking transfer to CHK 3491 Confirmation# 5537307203 | C | -442,000.00 | 353.68 |



P.O. Box 15284
Wilmington, DE 19850

ARTEM KOSHKALDA
800 REDFIELD PKWY APT 162
RENO, NV 89509-6552

**Customer service information**

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking

for January 18, 2018 to February 13, 2018

Account number: 7255

**ARTEM KOSHKALDA**

## Account summary

| | |
|---|---|
| Beginning balance on January 18, 2018 | $0.00 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 13, 2018** | **$0.00** |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



**BofA Core Checking - 7255: Account Activity**

Balance Summary:$0.00 (available as of today 02/21/2018)
View:today 02/21/2018

## All Transactions

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| **Amount included in Available Balance** | | | | |
| Hold | BALANCE HOLD | H | -118.13 | -118.13 |
| **Statement as of 08/18/2017** | | | | |
| 08/03/2017 | Legal Order, LTS D080217001180 | C | -118.13 | 0.00 |
| 07/24/2017 | Online Banking transfer from CHK 0100 Confirmation# 6482251025 | C | 100.00 | 118.13 |
| 07/20/2017 | Online Banking transfer to CHK 3491 Confirmation# 7257022256 | C | -25,000.00 | 18.13 |
| 07/20/2017 | Online Banking transfer from CHK 3491 Confirmation# 6357018474 | C | 25,000.00 | 25,018.13 |
| **Statement as of 07/18/2017** | | | | |
| 07/17/2017 | Monthly Maintenance Fee | C | -12.00 | 18.13 |
| **Statement as of 06/17/2017** | | | | |
| 06/16/2017 | Monthly Maintenance Fee | C | -12.00 | 30.13 |
| 06/07/2017 | Online Banking transfer to CHK 3491 Confirmation# 3288433033 | C | -62,500.00 | 42.13 |
| 06/07/2017 | Counter Credit | C | 62,500.00 | 62,542.13 |
| **Statement as of 05/17/2017** | | | | |
| 05/15/2017 | Mobile/Email Transfer Conf# z2bmzrwzw; de leon, carlos | C | -1,000.00 | 42.13 |
| 05/15/2017 | Online Banking transfer from CHK 3491 Confirmation# 3564511810 | C | 1,000.00 | 1,042.13 |
| 04/24/2017 | Online Banking transfer to CHK 0519 Confirmation# 1383845888 | C | -1,720.00 | 42.13 |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ARTEM KOSHKALDA
800 REDFIELD PKWY APT 162
RENO, NV 89509-6552

# Your Rewards Savings

for January 17, 2018 to February 12, 2018

Account number: 1744

**ARTEM KOSHKALDA**

## Account summary

| | |
|---|---|
| Beginning balance on January 17, 2018 | $0.00 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 12, 2018** | **$0.00** |

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2018 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Rewards Savings - 1744: Account Activity**

Balance Summary:$0.00 (available as of today 02/21/2018)
View:today 02/21/2018

## All Transactions

| Posting Date | Description | Status | Amount | Available Balance |
|---|---|---|---|---|
| **Amount included in Available Balance** | | | | |
| Hold | BALANCE HOLD | H | -126.00 | -126.00 |
| **Statement as of 08/17/2017** | | | | |
| 08/03/2017 | Legal Order Fee,LTS D080217001180 | C | -125.00 | 0.00 |
| 08/03/2017 | Legal Order, LTS D080217001180 | C | -1.00 | 125.00 |
| 07/24/2017 | Online Banking transfer from CHK 0100 Confirmation# 5182258305 | C | 100.00 | 126.00 |
| **Statement as of 07/15/2017** | | | | |
| 07/14/2017 | Monthly Maintenance Fee | C | -12.00 | 26.00 |
| 06/16/2017 | Online Banking transfer from CHK 0519 Confirmation# 7562794374 | C | 50.00 | 38.00 |
| **Statement as of 06/16/2017** | | | | |
| 06/15/2017 | Monthly Maintenance Fee | C | -12.00 | -12.00 |
| 04/14/2017 | Online Banking transfer to CHK 0057 Confirmation# 3419520314 | C | -41.95 | 0.00 |
| **Statement as of 02/11/2017** | | | | |
| 01/17/2017 | Online Banking transfer to CHK 3491 Confirmation# 7463712172 | C | -500.00 | 41.95 |
| **Statement as of 01/14/2017** | | | | |
| 01/13/2017 | Interest Earned | C | 0.03 | 541.95 |
| **Statement as of 12/15/2016** | | | | |
| 12/14/2016 | Interest Earned | C | 0.03 | 541.92 |
| **Statement as of 11/15/2016** | | | | |
| 11/14/2016 | Interest Earned | C | 0.03 | 541.89 |

80862

ARTEM KOSHKALDA
1280 TERMINAL WAY #28
RENO NV 89502

## Your *Comerica Access Checking* statement

**January 11, 2018** to **February 9, 2018**
**Account number** 3916

## Your account summary

| | |
|---|---|
| **Beginning balance on January 11, 2018** | **$10,136.61** |
| Plus deposits | |
| Electronic deposits | $1,978.00 |
| **Ending balance on February 9, 2018** | **$12,114.61** |

**To contact us**

**Call**
(800) 522-2265

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1245 S. WINCHESTER BLVD.
SAN JOSE CA 95128-4362

**Important information**

**Thank you**

***Thank you for being a Comerica customer. We value the trust and confidence that you continue to place in us.***

# Details of your *Comerica Access Checking* account: 3916

## Electronic deposits this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 01 | 1,978.00 | Wire # 001506 Org James R Blake Fed # 002314 | 9485002345 |

**Total Electronic Deposits: $1,978.00**
**Total number of Electronic Deposits: 1**

## Lowest daily balance

Your lowest daily balance this statement period was **$10,136.61** on **January 11, 2018**.

## **Comerica Access Checking:** 3916

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions*: If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions*: If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions*: If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

# Account Activity

Activity for your account is displayed below.
Click on the [check icon] to view a check image.

Fields marked with an * are required.

CHECKING (******3916)

**Available Balance: $0.00**
**Current Balance: $12,114.61**

Account: CHECKING (******3916)
View: All Transactions
From: 11/1/2017 * To: 2/21/2018 *

Pending/Authorized Transactions (Transaction amounts are reflected in your Current Balance.)

There are no transactions that match your criteria.

Posted Transactions (Click on the [check icon] to view an image of a check.)

| Post Date | Check Number | Description | Amount | Balance |
|---|---|---|---|---|
| FEB 01 2018 | | WIRE # 001506 ORG JAMES R BLAKE FED # 002314 | $1,978.00 | $12,114.61 |
| DEC 29 2017 | | WIRE # 001355 ORG JAMES R BLAKE FED # 003508 | $1,978.00 | $10,136.61 |
| DEC 29 2017 | | WIRE # 006755 ORG BARBARA M LOPE FED # 022130 | $1,978.00 | $8,158.61 |
| DEC 05 2017 | | BANK OF AMERICA P2P 171205 Y GALUSHCHENKO | $4,200.00 | $6,180.61 |
| DEC 01 2017 | | WIRE # 001314 ORG JAMES R BLAKE FED # 001565 | $1,978.00 | $1,980.61 |
| NOV 17 2017 | | NON-COMERICA ATM USAGE FEE - W/D 9536 | -$2.50 | $2.61 |

| | | | | |
|---|---|---|---|---|
| NOV 17 2017 | | OTH BANK FEE 5640 COTTLE RD ST SAN JOSE CA 9536 | -$3.00 | $5.11 |
| NOV 17 2017 | | W/D AT 5640 COTTLE RD STE 10 SAN JOSE CA 9536 | -$520.00 | $8.11 |
| NOV 14 2017 | | FEE - OVERDRAFT | -$34.00 | $528.11 |
| NOV 13 2017 | 1107 | CHECK (SUBSTITUTE) | -$2,776.25 | $562.11 |
| NOV 13 2017 | | DEPOSIT | $3,450.00 | $3,338.36 |
| NOV 09 2017 | | FEE - OVERDRAFT | -$26.00 | -$111.64 |
| NOV 09 2017 | | FEE - RETURNED ITEM | -$26.00 | -$85.64 |
| NOV 08 2017 | 1105 | CHECK (SUBSTITUTE) | -$2,776.25 | -$59.64 |
| NOV 07 2017 | | FirstService Res RESIDENT | -$202.16 | $2,716.61 |
| NOV 07 2017 | | FREMONT BANK LOAN PYMT 110617 | -$6,029.73 | $2,918.77 |
| NOV 07 2017 | | BANK OF AMERICA P2P 171107 LAURA CARR | $2,960.00 | $8,948.50 |
| NOV 06 2017 | | PL*PAYLEASE WEB PMTS 110617 | -$2.95 | $5,988.50 |
| NOV 06 2017 | | PL*PAYLEASE WEB PMTS 110617 | -$2.95 | $5,991.45 |
| NOV 06 2017 | | E-payments Fee WEB PMTS 110617 | -$3.50 | $5,994.40 |
| NOV 06 2017 | | E-payments Fee WEB PMTS 110617 | -$3.50 | $5,997.90 |
| NOV 06 2017 | | E-payments Fee WEB PMTS 110617 | -$3.50 | $6,001.40 |
| NOV 06 2017 | | SJWATER WEB_PAY NOV 17 | -$199.32 | $6,004.90 |
| NOV 06 2017 | | PL*Associa 55154 WEB PMTS 110617 | -$1,124.00 | $6,204.22 |
| NOV 06 2017 | | PL*Associa 55154 WEB PMTS 110617 | -$1,142.00 | $7,328.22 |
| NOV 06 2017 | | One Rincon WEB PMTS 110617 | -$1,287.46 | $8,470.22 |
| NOV 06 2017 | | 388 Fulton WEB PMTS 110617 | -$1,742.65 | $9,757.68 |
| NOV 06 2017 | | FirstService Res RESIDENT | -$2,009.36 | $11,500.33 |

| | | | | |
|---|---|---|---|---|
| NOV 06 2017 | | One Rincon WEB PMTS 110617 | -$2,072.08 | $13,509.69 |
| NOV 06 2017 | 1106 | CHECK (SUBSTITUTE) | -$2,705.90 | $15,581.77 |
| NOV 06 2017 | 1103 | CHECK (SUBSTITUTE) | -$2,764.60 | $18,287.67 |
| NOV 06 2017 | | BK AMER AFSBK 26 AFS LN PMT 171102 | -$4,871.53 | $21,052.27 |
| NOV 06 2017 | | BK OF AMER VI/MC ONLINE PMT 171106 | -$5,050.00 | $25,923.80 |
| NOV 03 2017 | | BANK OF AMERICA ACCT CNFRM 171103 | -$1.36 | $30,973.80 |
| NOV 03 2017 | 1104 | CHECK (SUBSTITUTE) | -$2,625.35 | $30,975.16 |
| NOV 03 2017 | 1102 | CHECK (SUBSTITUTE) | -$2,637.00 | $33,600.51 |
| NOV 03 2017 | | BANK OF AMERICA ACCT CNFRM 171103 | $0.60 | $36,237.51 |
| NOV 03 2017 | | BANK OF AMERICA ACCT CNFRM 171103 | $0.76 | $36,236.91 |
| NOV 02 2017 | | SJWATER WEB_PAY OCT 17 | -$350.00 | $36,236.15 |
| NOV 02 2017 | | WIRE # 005061 ORG JAMES R BLAKE FED # 024942 | $3,945.00 | $36,586.15 |
| NOV 02 2017 | | BANK OF AMERICA P2P 171102 Y GALUSHCHENKO | $4,200.00 | $32,641.15 |

 Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

STATEMENT DATE 10/20/2017

ACCOUNT NUMBER 2040

2122.272135.FB10202017.DDA.D11

ARTEM KOSHKALDA
1280 TERMINAL WAY STE 28
RENO NV 89502-3243

Take a trip to the bank off your to-do list. Conveniently deposit checks with the Fremont Bank Mobile Banking App.

App Store is a service mark of Apple Inc. Google Play is a trademark of Google Inc.

DEP-1061A-0917

FREEDOM CHECKING ACCOUNT 11072040

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 45.54- | (9) $ 20,251.49 | (13) $ 20,338.40 | $ 132.45- |
| **Minimum Balance** | **Average Available Balance** | | **Average Balance** |
| $ 108.45- | $ 2,910.61 | | $ 3,472.76 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 09/20 | 45.54- |
| DEPOSIT | 3,300.00 | 09/21 | 3,254.46 |
| Advance from HELOC 8001923096 | 80.00 | 09/21 | 3,334.46 |
| CHECK # 995019 | -3,225.00 | 09/21 | 109.46 |
| OVERDRAFT CHARGE NSF PAID | -30.00 | 09/21 | 79.46 |
| DEPOSIT | 273.42 | 09/25 | 352.88 |
| DEPOSIT | 298.07 | 09/25 | 650.95 |
| DEPOSIT | 1,675.00 | 09/25 | 2,325.95 |
| DEPOSIT | 1,775.00 | 09/25 | 4,100.95 |
| DEPOSIT | 3,600.00 | 09/25 | 7,700.95 |
| DEPOSIT | 4,750.00 | 09/25 | 12,450.95 |
| AT&T MOBILITY ONLINE PMT CKF212022942POS | -480.73 | 09/26 | 11,970.22 |
| RETURNED DEPOSIT ITEMS | -4,750.00 | 09/27 | 7,220.22 |
| RETURNED DEPOSITED ITEM CHARGE | -10.00 | 09/27 | 7,210.22 |
| KABBAGE INC PAYMENT 23262 | -7,266.67 | 09/27 | 56.45- |
| ATM DEPOSIT | 4,500.00 | 09/28 | 4,443.55 |
| OVERDRAFT CHARGE NSF PAID | -30.00 | 09/28 | 4,413.55 |
| RETURNED DEPOSIT ITEMS | -4,500.00 | 10/16 | 86.45- |
| RETURNED DEPOSITED ITEM CHARGE | -10.00 | 10/16 | 96.45- |
| OVERDRAFT CHARGE | -6.00 | 10/18 | 102.45- |
| OVERDRAFT CHARGE | -6.00 | 10/19 | 108.45- |
| SERVICE CHARGE | -18.00 | 10/20 | 126.45- |
| OVERDRAFT CHARGE | -6.00 | 10/20 | 132.45- |

***Continued on Next Page***

 Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 10/20/2017 | 2040 |

## FREEDOM CHECKING ACCOUNT 1107204(

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE THIS STATEMENT | | 10/20 | 132.45- |

## YOUR CHECKS SEQUENCED

* Indicates gap in sequence

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/21 | 995019 | 3,225.00 | | | | | | |

## ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD

| | |
|---|---|
| TOTAL CHARGE FOR MAINTENANCE FEES: | 18.00 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $78.00 | $108.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC

 Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 11/20/2017 | 2040 |

2253.275575.FB11202017.DDA.D11

ARTEM KOSHKALDA
1280 TERMINAL WAY STE 28
RENO NV 89502-3243

Fremont Bank on Facebook.
**So much to like.**

The Fremont Bank Facebook page is an easy way to stay up to date with financial tips, news and events.

fb.com/fremontbank

DEP-1086A-1017

**FREEDOM CHECKING ACCOUNT 11072040**

| Balance Last Statement | Credits | Debits | Balance This Statement |
|---|---|---|---|
| $ 132.45- | (0) $ 0.00 | (22) $ 144.00 | $ 276.45- |

| Minimum Balance | Average Available Balance | Average Balance |
|---|---|---|
| $ 252.45- | $ 0.00 | $ 0.00 |

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE LAST STATEMENT | | 10/20 | 132.45- |
| OVERDRAFT CHARGE | -6.00 | 10/23 | 138.45- |
| OVERDRAFT CHARGE | -6.00 | 10/24 | 144.45- |
| OVERDRAFT CHARGE | -6.00 | 10/25 | 150.45- |
| OVERDRAFT CHARGE | -6.00 | 10/26 | 156.45- |
| OVERDRAFT CHARGE | -6.00 | 10/27 | 162.45- |
| OVERDRAFT CHARGE | -6.00 | 10/30 | 168.45- |
| OVERDRAFT CHARGE | -6.00 | 10/31 | 174.45- |
| OVERDRAFT CHARGE | -6.00 | 11/01 | 180.45- |
| OVERDRAFT CHARGE | -6.00 | 11/02 | 186.45- |
| OVERDRAFT CHARGE | -6.00 | 11/03 | 192.45- |
| OVERDRAFT CHARGE | -6.00 | 11/06 | 198.45- |
| OVERDRAFT CHARGE | -6.00 | 11/07 | 204.45- |
| OVERDRAFT CHARGE | -6.00 | 11/08 | 210.45- |
| OVERDRAFT CHARGE | -6.00 | 11/09 | 216.45- |
| OVERDRAFT CHARGE | -6.00 | 11/10 | 222.45- |
| OVERDRAFT CHARGE | -6.00 | 11/13 | 228.45- |
| OVERDRAFT CHARGE | -6.00 | 11/14 | 234.45- |
| OVERDRAFT CHARGE | -6.00 | 11/15 | 240.45- |
| OVERDRAFT CHARGE | -6.00 | 11/16 | 246.45- |
| OVERDRAFT CHARGE | -6.00 | 11/17 | 252.45- |
| SERVICE CHARGE | -18.00 | 11/20 | 270.45- |
| OVERDRAFT CHARGE | -6.00 | 11/20 | 276.45- |

***Continued on Next Page***

 Phone: 800-359-BANK (2265)
Website: www.fremontbank.com

| STATEMENT DATE | ACCOUNT NUMBER |
|---|---|
| 11/20/2017 | 2040 |

## FREEDOM CHECKING ACCOUNT 11072040

| Description | Transaction Amount | Date | Balance |
|---|---|---|---|
| BALANCE THIS STATEMENT | | 11/20 | 276.45- |

## ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD

| | |
|---|---|
| TOTAL CHARGE FOR MAINTENANCE FEES: | 18.00 |

## ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES

| | Total For This Period | Total Year to Date |
|---|---|---|
| **Total Overdraft Fees** | $126.00 | $234.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**You have been paying multiple overdraft fees and there may be less expensive alternative products that may be better suited for your needs. Please call 800-359-Bank(2265) to discuss other options with a Client Services Associate or visit us at your local branch.**

2253.275575.FB1120017.DDA.011

Member FDIC

# Wells Fargo Everyday Checking

ARTEM KOSHKALDA
1280 TERMINAL WAY STE 28
RENO NV 89502-3243

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-742-4932**

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $0.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 1/31** | **$0.00** |

Account number: [redacted]0399
**ARTEM KOSHKALDA**
*California account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

Case: 18-30016 Doc# 64 Filed: 02/21/18 Entered: 02/21/18 18:07:47 Page 39 of 43





***Monthly service fee summary (continued)***

| Fee period 01/01/2018 - 01/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
| --- | --- | --- |

RC/RC

**Important information about legal process fees.**

The fee for legal order processing, which includes handling levies, writs, garnishments, and any other legal documents that require funds to be attached, remains $125. However, effective 2/16/18, the bank will assess no more than two legal process fees per account, per calendar month. Please note, the calendar month may not coincide with your statement cycle.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $ ______

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** | $ |

\+ $ ______

**C** **Add A and B** to calculate the subtotal. = $ ______

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | $ |

\- $ ______

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $ ______

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. 

Case: 18-30016 Doc# 64 Filed: 02/21/18 Entered: 02/21/18 18:07:47 Page 41 of 43

ART
...0399

$0.00
Available balance

Activity Summary

| | |
|---|---|
| **Current posted balance** | $0.00 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | $0.00 |
| **Available balance** | **$0.00** |

Monthly Service Fee Summary | Debit Card Activity

## Activity

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your search criteria. Please try again. | | | |
| **Posted Transactions** | | | |
| 12/04/17 | LEGAL ORDER DEBIT - CONTACT HOLLEY, DRIGS, WALCH, FINE, WRAY, PUZEY & THOMPSON (702) 791-0308 - Case# 72683417 | | $50.00 |
| 06/14/17 | ONLINE TRANSFER FROM ARTEM KOSHKALDA BUSINESS CHECKING XXXXXX7982 REF #IB03HS7378 ON 06/14/17 | $50.00 | |
| 05/02/17 | ONLINE TRANSFER TO ARTEM KOSHKALDA BUSINESS CHECKING XXXXXX4158 REF #IB03DDNSC5 ON 05/01/17 | | $52.46 |
| 03/06/17 | ONLINE TRANSFER TO ARTEM KOSHKALDA BUSINESS CHECKING XXXXXX4158 REF #IB037RK6ST ON 03/04/17 | | $600.00 |
| **Totals** | | **$50.00** | **$702.46** |

Back to top

First
Previous
Next

## *Account Disclosures

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.

Equal Housing Lender