# United States Bankruptcy Court
## Northern District of California

In re    **Artem Koshkalda**           Case No.    **18-30016**

                Debtor(s)           Chapter    **11**

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF ARTEM KOSHKALDA HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of **02/22/18** on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of **Artem Koshkalda** holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab# |
|---|---|---|
| Sancase LLC | 100% membership interest | 1 |
| Vilacet, LLC | 100% membership interest | 2 |
| Renoca, LLC | 100% membership interest | 3 |
| Privat Group, LLC | 100% membership interest | 4 |
| Danalop, LLC | 100% membership interest | 5 |
| ART, LLC | 100% membership interest | 6 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

### THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of **Artem Koshkalda** holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date:    **February 22, 2018**

Signature(s) of Debtor(s) (Individual/Joint)

**/s/ Artem Koshkalda**

**Artem Koshkalda**
Signature of Debtor

# TAB 1
# (Sancase LLC)

# TAB 1- Exhibit "A"

# (Sancase LLC)

No valuation has ever been performed of Sancase, LLC, as Sancase was formed for the purpose of owning, managing and selling real property.  The equity it retains in its real estate holdings is summarized in the below table.

| Owner | Address | Mortgage or Other Liens | Current Estimated Value | Estimated Equity |
|---|---|---|---|---|
| Sancase LLC | 11 Franklin St, #502, San Francisco, CA 94102 | $507,351.00 | $750,000 | $242,649.00 |
| Sancase LLC | 11 Franklin St, #205, San Francisco, CA 94102 | $486,310.00 | $740,000 | $253,690.00 |
| Sancase LLC | 338 Potrero Ave, #402 San Francisco, CA 94103 | $507,351.00 | $790,000 | $282,649.00 |
| Sancase LLC | 55 SW 9th St, #3910 Miami, FL 33130 | $348,790.00 | $449,000 | $100,210.00 |
| Sancase LLC | 55 SW 9th St, #3810 Miami, FL 33130 | $347,318.00 | $446,000 | $98,682.00 |
| Sancase LLC | 55 SW 9th St, #3510 Miami, FL 33130 | $339,903.00 | $439,000 | $99,097.00 |
| Sancase LLC | 55 SW 9th St, #3210 Miami, FL 33130 | $331,200.00 | $433,000 | $101,800.00 |
| Sancase LLC | 55 SW 9th St, #3110 Miami, FL 33130 | $329,728.00 | $430,000 | $100,272.00 |
| | | | **TOTAL ESTIMATED EQUITY** | **1,279,049.00** |

# TAB 1- Exhibit "B"

# (Sancase LLC)

# SANCASE LLC

## Balance Sheet

## As of 12/31/2017

**Current Assets**

| | | |
|---|---|---:|
| | Cash (frozen) | 0 |
| | Accounts Receivable (AR) | 0 |
| | Property | 4 383 730 |
| | **Total Current Assets** | **4 383 730** |

**Non-Current Assets**

| | | |
|---|---|---:|
| | Equipment | 0 |
| | Furniture | 0 |
| | Other non-current assets | 0 |
| | **Total Non-Current assets** | **0** |

## Total Assets 4 383 730

**Liabilities**

| | | |
|---|---|---:|
| | Accounts Payable (AP) | |
| | Loan Miami | 1 696 939 |
| | Artem Koshkalda | 2 417 097 |
| | Tax 32% estimated | 70 303 |
| | HOA | 10 496 |
| | Property tax | 39 502 |
| | **Total Liabilities** | **4 234 337** |

**Equity**

| | | |
|---|---|---:|
| | Member's Equity | |
| | Net income for the current period | 149 393 |
| | Capital draw | |

## Total Equity 149 393

## SANCASE LLC

## Balance Sheet

## As of 12/31/2017

**Total Equity and Liabilities** **4 383 730**

## SANCASE LLC
## PROFIT AND LOSS
### January 1, 2017 - December 31, 2017

|  | TOTAL |
|---|---:|
| **Revenue** | |
| Rental Income | 274 429 |
| Sales of real estate | 5 261 000 |
| Other income | |
| **Total Gross revenue** | **5 535 429** |
| | |
| **Expenses** | |
| Cost of Sold Property and maintenance | 4 962 118 |
| Mortgage payments / Interest expenses | 224 482 |
| Legal & Professional Fees | 0 |
| Bank charge | 479 |
| Utilities and HOA | 33 124 |
| Other expences | 33 363 |
| Service fees | 22 665 |
| Property taxes | 39 502 |
| | |
| **Total Expenses** | **5 315 733** |
| | |
| **Income before Tax** | **219 696** |
| | |
| Tax 32% estimated | **70 303** |
| | |
| **Net Income** | **149 393** |

# TAB 1- Exhibit "C"

# (Sancase LLC)

# Exhibit "C"

Description of business:

Sancase LLC is a limited liability company that is wholly owned by the Debtor. It is in the business of acquiring and investing in real property, managing its real property, and selling its real property.

# TAB 2

# (Vilacet, LLC)

# TAB 2- Exhibit "A"

# (Vilacet, LLC)

No valuation has ever been performed of Vilacet LLC, as Vilacet was formed for the purpose of owning, managing and selling real property.  The equity it retains in its real estate holdings is summarized in the below table.

| Owner | Address | Mortgage or Other Liens | Current Estimated Value | Estimated Equity |
|-------|---------|------------------------|------------------------|------------------|
| Vilacet LLC | 401 Harrison St, Unit 4A, San Francisco, CA 94105 | $602,928.75 | $950,000 | $347,071.25 |
| Vilacet LLC | 401 Harrison St, Unit 4D, San Francisco, CA 94105 | $566,250.00 | $785,000 | $218,750.00 |
| Vilacet LLC | 388 Fulton Street, #207, San Francisco, CA 94102 | $382,971.00 | $499,000 | $116,029.00 |
| | | | **TOTAL ESTIMATED EQUITY** | **$681,850.25** |

# TAB 2- Exhibit "B"

# (Vilacet, LLC)

# VILACET LLC
## Balance Sheet
## As of 12/31/2017

**Current Assets**

| | | |
|---|---|---:|
| | Cash (frozen) | 0 |
| | Accounts Receivable (AR) | 0 |
| | Property | 2 135 748 |
| | **Total Current Assets** | **2 135 748** |

**Non-Current Assets**

| | | |
|---|---|---:|
| | Equipment | 0 |
| | Furniture | 0 |
| | Other non-current assets | 0 |
| | **Total Non-Current assets** | **0** |

**Total Assets**                                      **2 135 748**

**Liabilities**

| | | |
|---|---|---:|
| | Accounts Payable (AP) | |
| | Loan | 0 |
| | Artem Koshkalda | 2 085 621 |
| | Tax 32% estimated | 6 152 |
| | HOA | 2 835 |
| | Property tax | 28 066 |
| | **Total Liabilities** | **2 122 674** |

**Equity**

| | | |
|---|---|---:|
| | Member's Equity | |
| | Net income for the current period | 13 073 |
| | Capital draw | |
| **Total Equity** | | **13 073** |

**Total Equity and Liabilities**                      **2 135 748**

**VILACET LLC**
**"PROFIT AND LOSS**
**January 1, 2017 - December 31, 2017"**

|  | TOTAL |
|---|---|
| **Revenue** | |
| Rental Income | 138 945 |
| Sales of real estate | 0 |
| Other income | 0 |
| **Total Gross revenue** | **138 945** |
| | |
| **Expenses** | |
| Cost of Sold Property and maintenance | 0 |
| Mortgage payments / Interest expenses | 74 955 |
| Legal & Professional Fees | 0 |
| Bank charge | 378 |
| Utilities and HOA | 8 869 |
| Other expences | 5 900 |
| Service fees | 1 551 |
| Property tax | 28 066 |
| **Total Expenses** | **119 719** |
| **Income before Tax** | **19 226** |
| Tax 32% estimated | **6 152** |
| **Net Income** | **13 073** |

# TAB 2- Exhibit "C"

# (Vilacet, LLC)

# Exhibit "C"

Description of business:

Vilacet, LLC is a limited liability company that is wholly owned by the Debtor.  It is in the business of acquiring and investing in real property, managing its real property, and selling its real property.

# TAB 3
# (Renoca, LLC)

# TAB 3- Exhibit "A"

# (Renoca, LLC)

No valuation has ever been performed of Renoca LLC, as Renoca was formed for the purpose of owning, managing and selling real property.  Its only asset, as reflected on its Balance Sheet attached as part of Exhibit "B" hereto, is an account receivable from Artem Koshkalda.

# TAB 3- Exhibit "B"

# (Renoca, LLC)

# RENOCA LLC
## Balance Sheet
## As of 12/31/2017

**Current Assets**

| | | |
|---|---|---|
| Cash (frozen) | | 81 |
| Accounts Receivable (AR) | | 172 126 |
| Property | | 0 |
| **Total Current Assets** | | **172 207** |

**Non-Current Assets**

| | | |
|---|---|---|
| Equipment | | 0 |
| Furniture | | 0 |
| Other non-current assets | | 0 |
| **Total Non-Current assets** | | **0** |

## Total Assets | 172 207

**Liabilities**

| | | |
|---|---|---|
| Accounts Payable (AP) | | |
| Loan | | 0 |
| Artem Koshkalda | | 0 |
| Tax 32% estimated | | 55 106 |
| **Total Liabilities** | | **55 106** |

**Equity**

| | | |
|---|---|---|
| Member's Equity | | |
| Net income for the current period | | 117 101 |
| Capital draw | | |

## Total Equity | 117 101

## Total Equity and Liabilities | 172 207

**RENOCA LLC**
**PROFIT AND LOSS**
**January 1, 2017 - December 31, 2017**

|  | TOTAL |
|---|---|
| **Revenue** | |
| Rental Income | 86 287 |
| Sales of real estate | 3 320 000 |
| Other income | |
| **Total Gross revenue** | **3 406 287** |
| | |
| **Expenses** | |
| Cost of Sold Property and maintenance | 3 114 388 |
| Mortgage payments / Interest expenses | 98 567 |
| Legal & Professional Fees | 0 |
| Bank charge | 329 |
| Utilities and HOA | 3 352 |
| Other expences | 8 815 |
| Service fees | 8 629 |
| | |
| **Total Expenses** | **3 234 080** |
| | |
| **Income before Tax** | **172 207** |
| | |
| Tax 32% estimated | **55 106** |
| | |
| **Net Income** | **117 101** |

# TAB 3- Exhibit "C"

# (Renoca, LLC)

# Exhibit "C"

Description of business:

Renoca, LLC is a limited liability company that is wholly owned by the Debtor. It is in the business of acquiring and investing in real property, managing its real property, and selling its real property.

# TAB 4

# (Privat Group, LLC)

# TAB 4- Exhibit "A"

# (Privat Group, LLC)

No valuation has ever been performed of Privat Group, LLC, as Privat Group, LLC is a limited liability company that is wholly owned by the Debtor. It was formed to manage other LLCs solely owned by the Debtor (including Sancase, LLC, Vilacet, LLC, Renoca, LLC, Danalop, LLC) and their properties, including collecting rents and paying off related expenses. It was planned that if/after the sale of other companies Privat Group, LLC would keep managing their properties for a fee.

Its only asset, as reflected on its Balance Sheet attached as part of Exhibit "B" hereto, are funds which have been subject to the Order for Asset Seizure and Impoundment (the "Freeze Order") entered on August 22, 2017 and the Amended Order for Asset Seizure and Impoundment (the "Amended Freeze Order and, together with the Freeze Order, the "Freeze Orders"), entered on October 27, 2017 in the action pending in the United States District Court for the District of Nevada entitled Seiko Epson Corporation  and Epson America,  Inc. v. InkSystem, LLC, et al., Case No. 3:16-cv-00524-RCJ-VPC (the "InkSystems Case").

# TAB 4- Exhibit "B"

# (Privat Group, LLC)

**PRIVAT GROUP LLC**

**Balance Sheet**

**As of 12/31/2017**

**Current Assets**

| | | |
|---|---|---:|
| | Cash (frozen) | 254 407 |
| | Accounts Receivable (AR) | 0 |
| | Property | 0 |
| | **Total Current Assets** | **254 407** |

**Non-Current Assets**

| | | |
|---|---|---:|
| | Equipment | 0 |
| | Furniture | 0 |
| | Other non-current assets | 0 |
| | **Total Non-Current assets** | **0** |

**Total Assets**                                                    **254 407**

**Liabilities**

| | | |
|---|---|---:|
| | Accounts Payable (AP) | |
| | Artem Koshkalda | 225 018 |
| | Tax 32% estimated | 9 405 |
| | **Total Liabilities** | **234 423** |

**Equity**

| | | |
|---|---|---:|
| | Member's Equity | |
| | Net income for the current period | 19 985 |
| | Capital draw | |

**Total Equity**                                                    **19 985**

**Total Equity and Liabilities**                          **254 408**

|  | TOTAL |
|---|---|
| **Revenue** | |
| Rental Income | 0 |
| Sales of real estate | 0 |
| Other income | 37 632 |
| **Total Gross revenue** | **37 632** |
| | |
| **Expenses** | |
| Cost of Sold Property and maintenance | 0 |
| Mortgage payments / Interest expenses | 0 |
| Legal & Professional Fees | 7 283 |
| Bank charge | 959 |
| Utilities and HOA | |
| Other expences | |
| | |
| **Total Expenses** | **8 242** |
| **Income before Tax** | **29 390** |
| Tax 32% estimated | **9 405** |
| **Net Income** | **19 985** |

# TAB 4- Exhibit "C"

# (Privat Group, LLC)

# Exhibit "C"

Description of business:

Privat Group, LLC is a limited liability company that is wholly owned by the Debtor. It was formed to manage other LLCs solely owned by the Debtor (including Sancase, LLC, Vilacet, LLC, Renoca, LLC, Danalop, LLC) and their properties, including collecting rents and paying off related expenses. It was planned that if/after the sale of other companies Privat Group, LLC would keep managing their properties for a fee.

# TAB 5

# (Danalop LLC)

# TAB 5- Exhibit "A"

# (Danalop LLC)

No valuation has ever been performed of Danalop LLC, as Danalop is a limited liability company that is wholly owned by the Debtor. It was formed to own, manage and sell real property, but has never done so to date.  It has no assets, as reflected on its Balance Sheet attached as part of Exhibit "B" hereto.

# TAB 5- Exhibit "B"

# (Danalop LLC)

# DANALOP LLC
## Balance Sheet
## As of 12/31/2017

**Current Assets**

| | |
|---|---|
| Cash (frozen) | 0 |
| Accounts Receivable (AR) | 0 |
| Property | 0 |
| **Total Current Assets** | **0** |

**Non-Current Assets**

| | |
|---|---|
| Equipment | 0 |
| Furniture | 0 |
| Other non-current assets | 0 |
| **Total Non-Current assets** | **0** |

## Total Assets      0

**Liabilities**

| | |
|---|---|
| Accounts Payable (AP) | |
| Artem Koshkalda | |
| **Total Liabilities** | **0** |

**Equity**

| | |
|---|---|
| Member's Equity | |
| Net income for the current period | 0 |
| Capital draw | |

## Total Equity      0

## Total Equity and Liabilities      0

**DANALOP LLC**
**"PROFIT AND LOSS**
**January 1, 2017 - December 31, 2017"**

|  | TOTAL |
|---|---|
| **Revenue** | |
| Rental Income | 0 |
| Sales of real estate | 0 |
| Other income | 0 |
| **Total Gross revenue** | **0** |
| | |
| **Expenses** | |
| Cost of Sold Property and maintenance | 0 |
| Mortgage payments / Interest expenses | 0 |
| Legal & Professional Fees | 0 |
| Bank charge | 0 |
| Utilities and HOA | 0 |
| Other expences | 0 |
| | |
| **Total Expenses** | **0** |
| | |
| **Income before Tax** | **0** |
| | |
| Tax 32% estimated | **0** |
| | |
| **Net Income** | **0** |

# TAB 5- Exhibit "C"

# (Danalop LLC)

# Exhibit "C"

Description of business:

Danalop LLC is a limited liability company that is wholly owned by the Debtor.  It was formed to acquire and invest in real property, manage real property, and sell real property, but is presently not operating, and retains no real property.

# TAB 6

# (ART LLC)

# TAB 6- Exhibit "A"
# (ART LLC)

No valuation has ever been performed of ART LLC, as ART LLC is a limited liability company that is wholly owned by the Debtor. It is in the business of selling office supplies and cosmetics.

As reflected on its Balance Sheet attached as part of Exhibit "B" hereto, ART's funds and assets have been subject to the Order for Asset Seizure and Impoundment (the "Freeze Order") entered on August 22, 2017 and the Amended Order for Asset Seizure and Impoundment (the "Amended Freeze Order and, together with the Freeze Order, the "Freeze Orders"), entered on October 27, 2017 in the action pending in the United States District Court for the District of Nevada entitled Seiko Epson Corporation and Epson America, Inc. v. InkSystem, LLC, et al., Case No. 3:16-cv-00524-RCJ-VPC (the "InkSystems Case").

# TAB 6- Exhibit "B"

# (ART LLC)

# ART LLC

## Balance Sheet

## As of 12/31/2017

**Current Assets**

| | | |
|---|---|---:|
| | Cash | 47 643 |
| | Accounts Receivable (AR) | 2 034 264 |
| | Inventory | 150 000 |
| | **Total Current Assets** | **2 231 907** |

**Non-Current Assets**

| | | |
|---|---|---:|
| | Equipment | - |
| | Furniture | - |
| | Other non-current assets | - |
| | **Total Non-Current assets** | **0** |

**Total Assets**                                                             **2 231 907**

**Liabilities**

| | | |
|---|---|---:|
| | Accounts Payable (AP) | 69 244 |
| | BOA 5544 | 78 000 |
| | boa line of credit | 500 000 |
| | capital one credit | 26 853 |
| | Taxes | 1 635 |
| | Washoe County Treasurer | 41 |
| | **Total Liabilities** | **675 773** |

**Equity**

| | | |
|---|---|---:|
| | Member's Equity | 1 741 370 |
| | Net income for the current period | (185 237) |
| | Capital draw | |

**Total Equity**                                                  **1 556 133**

**Total Equity and Liabilities**                               **2 231 907**

**ART LLC**
**"PROFIT AND LOSS**
**January 1, 2017 - December 31, 2017"**

|                                | TOTAL     |
|--------------------------------|-----------|
| **Revenue**                    |           |
| Gross revenue                  | 2 562 829 |
| **Total Gross revenue**        | **2 562 829** |
|                                |           |
| Cost of Goods Sold             | 2 209 404 |
|                                |           |
| **Gross Profit**               | **353 425** |
|                                |           |
| **Expenses**                   |           |
| Insurance                      | 4 142     |
| Legal & Professional Fees      | 200 430   |
| Meals and Entertainment        | 753       |
| Supplies                       | 562       |
| Office Expenses                | 762       |
| Rent or Lease                  | 2028      |
| Contract labor                 | 64 902    |
| Taxes & Licenses               | 27 116    |
| Travel                         | 6 617     |
| Utilities                      | 2 406     |
| Employee training              | 47 226    |
| Wages                          | 137 157   |
| Shipping and delivery expense  | 897       |
| Freight & Delivery             | 10 000    |
| Car and truck expenses         | 8 593     |
| Bank charge                    | 2 965     |
| Interest expenses              | 22 105    |
| **Total Expenses**             | **538 662** |
|                                |           |
| **Income before Tax**          | **-185 237** |
|                                |           |
| Tax 32% estimated              | 0         |
| **Net Income**                 | **-185 237** |

# TAB 6
# (ART LLC)

# Exhibit "C"

Description of business:

ART LLC is a limited liability company that is wholly owned by the Debtor.  It is in the business of selling and marketing office products, and also has a line of cosmetics.