Signed and Filed: March 8, 2018

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>    Debtor. | ) Case No. 18-30016 HLB<br>)<br>) Chapter 11<br>)<br>) |

### ORDER CONVERTING CASE TO CHAPTER 7

On March 8, 2018, the court held a hearing on creditors Epson America, Inc. and Seiko Epson Corporation's motion to dismiss or for the appointment of a trustee (the "Motion"). For the reasons stated on the record, the court hereby **GRANTS** the Motion and **ORDERS** that the case be converted to one under Chapter 7.

**\*\*END OF ORDER\*\***

## Court Service List

[None]