```
 1  SCHEER LAW GROUP, LLP
    SPENCER P. SCHEER, #107750
 2  JOSHUA L. SCHEER #242722
    REILLY D. WILKINSON #250086
 3  26522 La Alameda, Suite 205
    Mission Viejo, CA 92691
 4  Telephone: (949) 263-8757
    Facsimile: (949) 209-3320
 5  PL.100-002S
    jscheer@scheerlawgroup.com
 6
    Attorneys for Creditor
 7  Patch of Land Lending, LLC
```

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bk. No. 18-30016 |
| ARTEM KOSHKALDA, | Chapter 7 |
| Debtor(s). | REQUEST FOR SPECIAL NOTICE |

Attorneys for Patch of Land Lending, LLC requests that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

                PATCH OF LAND LENDING, LLC
                c/o SCHEER LAW GROUP, LLP
                26522 La Alameda, Suite 205
                Mission Viejo, California 92691

                SCHEER LAW GROUP, LLP

DATED: May 9, 2018                 /s/ JOSHUA L. SCHEER
                                        #242722