Gregory A. Rougeau (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, California 94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915
E-mail: grougeau@brlawsf.com

Counsel for ARTEM KOSHKALDA
Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>Debtor. | Case No. 18-30016-HLB<br><br>Chapter 7<br><br>**DEBTOR'S MOTION TO COMPEL ABANDONMENT OF EPSON LITIGATION AND APPEAL RIGHTS**<br><br>Hearing:<br>Date: June 28, 2018<br>Time: 1:00 p.m.<br>Place: Courtroom 19<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

1  ARTEM KOSHKALDA, the debtor herein (the "Debtor"), respectfully submits moves
2  this Court to compel E. Lynn Schoenmann, the duly appointed Chapter 7 Trustee herein (the
3  "Trustee") to abandon (i) any and all rights to appeal from any judgment entered in the
4  Infringement Action (*Seiko Epson Corporation et al. v. InkSystem LLC et al., Case No. 3:16-cv-*
5  *00524- RJC-VPC* in the United States District Court for the District of Nevada, Reno Division
6  (the "Nevada District Court"))  against the Debtor in favor of Seiko Epson Corp. and Epson
7  America, Inc. (collectively, "Epson"), and (ii) any and all claims or causes of action of the
8  Debtor or the bankruptcy estate against Epson, pursuant to 11 U.S.C. § 554(b) and FRBP
9  6007(b).

The grounds for this Motion are that the above-described Epson appeal rights and litigation claims are property that is either burdensome to the estate or is of inconsequential value and benefit to the estate, such that the Trustee cannot effectively administer it for the benefit of the Debtor's estate and creditors.

This Motion is based upon the Motion itself, the Notice Of Hearing On Debtor's Motion To Compel Abandonment Of Epson Litigation And Appeal Rights, the Memorandum of Points and Authorities filed by the Debtor in support of the Motion, and the Declaration of Gregory A. Rougeau accompanying the Motion.

DATED: May 21, 2018                              BRUNETTI ROUGEAU LLP

                                                 By:    */s/ Gregory A. Rougeau*
                                                        Gregory A. Rougeau
                                                        Counsel for ARTEM
                                                        KOSHKALDA, Debtor

1