Gregory A. Rougeau (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, California 94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915
E-mail: grougeau@brlawsf.com

Counsel for ARTEM KOSHKALDA
Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>Debtor. | Case No. 18-30016-HLB<br><br>Chapter 7<br><br>**DECLARATION OF DEBTOR ARTEM KOSHKALDA IN SUPPORT OF OPPOSITION TO CHAPTER 7 TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**<br><br>**(388 Fulton Street, San Francisco, CA; APN Lot 0785, Block 072)**<br><br>Hearing:<br><br>Date: June 12, 2018<br>Time: 1:00 p.m.<br>Place: Courtroom 19<br>       450 Golden Gate Avenue<br>       San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

I, Artem Koshkalda, hereby declare:

1. I am the debtor herein. This Declaration is respectfully submitted in support of my Opposition, filed concurrently herewith, to the Motion For Sale Of Real Property Free And Clear Of Liens (388 Fulton Street, #207, San Francisco, California) (APN: Lot 0785, Block 072) (the "Motion") filed by E. Lynn Schoenmann, the duly appointed Chapter 7 Trustee herein (the "Trustee").

2. As to the facts in this declaration, I know them to be true of my own knowledge or have obtained knowledge of them from my review of the business records of the Debtor concerning this matter. If called upon to testify as to the matters set forth in this declaration, I could and would competently testify thereto. As to those matters stated in this declaration on information and belief, I believe them to be true.

3. I have significant experience investing in real property. Since December 2016, and until being precluded from making any sales of property by the U.S. District Court for the District of Nevada seven months later, I effected the sale of ten properties in the San Francisco Bay Area. Those sales resulted in profits, before fees and taxes, of $1,198,759.00. At the time this case was commenced on January 5, 2018, I retained interests (either individually or through wholly owned limited liability companies) in 13 different properties in California and Florida, with significant equity in those properties. One of those properties was 388 Fulton Street, #207, San Francisco, California (the 'Property"), now sought to be sold by the Trustee for $525,000, without any opportunity for overbid. I am extremely familiar with the Property.

4. When this case was commenced, the Property was owned by Vilacet, LLC ("Vilacet"), a California limited liability company created by me to own, manage and sell real property. The Property was originally purchased by me on or about September 28, 2016. The Property was transferred to Vilacet by me, through grant deed, on or about January 19, 2017.

5. As an initial matter, I do not believe that the Property was "extensively" marketed, as asserted in this case by the Trustee and her broker. First, nowhere in the Trustee's sale pleadings is there any indication that Mr. Benson, the Trustee's broker, personally showed the Property to anyone, at any time. The marketing appears to have been largely listing the

1

Case: 18-30016    Doc# 152    Filed: 06/11/18    Entered: 06/11/18 11:49:08    Page 2 of 5

Property on the MLS. Even that listing was erroneous: attached hereto as Exhibit "A" is a copy of the listing. None of the interior pictures in the listing are of the Property; the "interior" pictures are of the interior another property entirely- 338 Potrero Ave., Unit 402.

6.    Further, for the reasons set forth in the Opposition, I do not believe that a sale price at $525,000 will return anything to the estate. The Trustee's Motion ignores that there are presently due and owing approximately $3,500 in HOA fees. Those fees must be paid in closing. On a more fundamental level, though, the $525,000 sale price does not reflect what is happening in the market, with respect to sales of units at 388 Fulton Street. Less than two months ago, Unit 604 in the same building, consisting of 326 square feet (45 square feet smaller than the Property), sold for $550,000. The sale of a larger unit (the Property), for less, simply makes no sense: as set forth in the Opposition, when the fees and costs of the Trustee and her professionals are factored in, creditors of my estate will receive nothing by virtue of the sale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on June 10, 2018 at San Francisco, California.

*/s/ Artem Koshkalda*
Artem Koshkalda

EXHIBIT "A"

See all homes in **Northeast San Francisco, San Francisco** ›








Homes › California › San Francisco › Northeast San Francisco

## ❤ 388 Fulton Street Unit #207

San Francisco, CA 94102 — Hayes Valley, San Francisco County

 Saved | 🗑 Trash

– beds   1 bath   371 sqft

$1,334 per sqft   19 days on site
2016 build

In the heart of Hayes Valley this impressive Studio awaits you. Top quality appliances, Natural White hardwood flooring, bright, high ceilings and efficient floor plan. The building has a Roof Top Retreat with view of City Hall, and includes an outdoor grill, film screening area and a sun deck. Walk to the City Hall & Civic Center, Market Street, SF Jazz Center, Twitter, BART and The Orpheum Theatre.

  Listing courtesy of SFMLS / Mark Benson,Broker
MLS# 471273 — Report a problem

Condo **For Sale**
**$495,000**   Monthly Cost Est. $2,107/mo.

We'll be in touch soon to confirm your request
Questions? Call 1-800-241-3327 or contact us

**f Share on Facebook**

Case: 18-30016   Doc# 152   Filed: 06/11/18   Entered: 06/11/18 11:49:08   Page 5 of 5