MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for E. Lynn Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>Debtor(s). | Case No. 18-30016-HLB<br><br>Chapter 7<br><br>**DECLARATION OF MICHAEL A. SWEET IN SUPPORT OF APPLICATION FOR 2004 ORDER FOR DEBTOR'S DEPOSITION AND PRODUCTION OF DOCUMENTS** |

I, Michael A. Sweet, declare:

1. I am an attorney licensed to practice law in the State of California. I am an attorney at the law firm of Fox Rothschild LLP, counsel to the Chapter 7 Trustee E. Lynn Schoenmann in the above captioned bankruptcy case. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify to them, except where stated upon information and belief, and as to those facts, I believe them to be true. I make this declaration in support of the Trustee's application for issuance of a 2004 Order for Debtor Artem Koshkalda's deposition and production of documents.

2. The Trustee conducted a continued 341 Meeting of Creditors on June 5, 2018 (the "341 Meeting"). I was present during the 341 Meeting and assisted the Trustee in questioning the Debtor. The Debtor was asked to provide his email communication with Mariia Kravchuk ("Mariia"), Adriy Kravchuk aka Andriy Kravchuk aka Andrey Kravchuk ("Adriy"), and email concerning

his business operations. This was a follow up to the line of questioning from the 341 meeting held on May 22, 2018 at which he agreed to provide emails with Mariia. On June 5, 2018, the Debtor refused to voluntarily provide these documents. The Debtor also refused to provide assurances that he would not delete emails to/from Mariia/Adriy.

3. I asked the Debtor when the last time received an email, or otherwise communicated with Mariia. The Debtor testified that he could not recall, but that he had not recently communicated with her. I am informed and believe that this testimony is untrue. David Wiseblood, counsel for Pacific Pine, LLC, forwarded me an email dated May 24, 2018 from Mariia (mariiakravchuk90@gmail.com), to his client, with a copy to artemkoshkalda@gmail.com, the known email address for the Debtor. I showed the Debtor this email. He testified that he did not recognize it and could not be sure he received it. Attached hereto as **Exhibit 1** is a true and correct copy of the email provided to me by Mr. Wiseblood. Exhibit 1 was sent to the Debtor by Mariia mere days after the Debtor agreed to provide emails involving Mariia.

4. The Trustee also seeks the Debtor's deposition. I have been present and assisted the Trustee for two 341 meetings in this bankruptcy case. During those two 341 meetings, the Debtor largely refused to directly answer simple questions about his business, his business associates, and his assets. Indeed, although we have conducted and continued the 341 meeting at least three times, we still have not been able to obtain straight answers from the Debtor to numerous questions about his assets and his businesses. Furthermore, I am informed and believe that Jack Praetzellis of my office also assisted the Trustee in another continued 341 meeting and during that meeting the Debtor was similarly uncooperative.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on June 11, 2018 at San Francisco, California.

                                                       s/*Michael A. Sweet*
                                                      Michael A. Sweet