Gregory A. Rougeau (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, California 94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915
E-mail: grougeau@brlawsf.com

Counsel for ARTEM KOSHKALDA
Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-30016-HLB |
| ARTEM KOSHKALDA, | Chapter 7 |
| Debtor. | **DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PENDING STATE COURT LITIGATION** |
| | Hearing:<br>Date: July 19, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 19<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

ARTEM KOSHKALDA, the debtor herein (the "Debtor"), respectfully submits moves this Court to compel E. Lynn Schoenmann, the duly appointed Chapter 7 Trustee herein (the "Trustee") to abandon to the Debtor any and all claims or causes of action of the Debtor or the bankruptcy estate asserted against the various state court defendants in the following pending litigation:

> • *Andriy Kravchuck and Artem Koshkalda v. City and County of San Francisco et al.*, Case No. CGC 17-560850 (San Francisco Superior Court), seeking damages for, among other things, slander and deceit against the City and County of San Francisco and Omar Masry;
>
> •*Artem Koshkalda v. Prima Homeowners Association et al.*, Case No. HG 17884724 (Alameda County Superior Court), seeking damages for breach of contract and breach of fiduciary duty against Prima Homeowners Association, and other defendants, related to violations of certain covenants, Conditions & Restrictions ("CC&Rs), and assessments levied against Debtor under those CC&Rs.
>
> • *Artem Koshkalda v. The Townhomes At The Shipyard Owner Association*, Case No. CGC 18-564627 (San Francisco Superior Court), seeking damages for breach of contract and breach of fiduciary duty against The Townhomes At The Shipyard Owner Association, and other defendants, related to violations of certain covenants, Conditions & Restrictions ("CC&Rs), and assessments levied against Debtor under those CC&Rs.

The relief requested by the Debtor is pursuant to 11 U.S.C. § 554(b) and FRBP 6007(b), and the grounds for the Motion are that the above-described claims and litigation are property that is either burdensome to the estate or is of inconsequential value and benefit to the estate, such that the Trustee cannot effectively administer it for the benefit of the Debtor's estate and creditors.

This Motion is based upon the Motion itself, the Notice Of Hearing On Debtor's Motion To Compel Abandonment Of Pending State Court Litigation, the Memorandum of Points and Authorities filed by the Debtor in support of the Motion, and the Declaration of Gregory A. Rougeau accompanying the Motion.

| | | |
|---|---|---|
| DATED: June 15, 2018 | | BRUNETTI ROUGEAU LLP |
| | By: | */s/ Gregory A. Rougeau*<br>Gregory A. Rougeau<br>Counsel for ARTEM<br>KOSHKALDA, Debtor |