

MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD** LLP
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for E. Lynn
Schoenmann, Trustee

Signed and Filed: June 18, 2018

**HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

ARTEM KOSHKALDA,

            Debtor.

Case No. 18-30016-HLB

Chapter 7

**ORDER AUTHORIZING RULE 2004 EXAMINATION OF DEBTOR**

    The Application ("Application") of E. Lynn Schoenmann, Trustee ("Trustee") of the Estate of Artem Koshkalda, Debtor ("Debtor") pursuant to Bankruptcy Rule 2004 for an examination of the Debtor and production of documents is GRANTED. Accordingly,

    IT IS HEREBY ORDERED that:

    1.    The Trustee may serve on the Debtor a subpoena for production of documents and electronically stored information specified in **Exhibit A** to the Application.

    2.    The Trustee may serve on the Debtor a subpoena an examination to be conducted at the law offices of Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco, California.

**END OF ORDER**

178114\00001\58136208.v1