| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MICHAEL A. SWEET (Bar No. 184345)<br>msweet@foxrothschild.com<br>JACK PRAETZELLIS (Bar No. 267765)<br>jpraetzellis@foxrothschild.com<br>FOX ROTHSCHILD LLP<br>345 California Street, Suite 2200<br>San Francisco, CA 94104-2670<br>Telephone:    415.364.5540<br>Facsimile:    415.391.4436 |
| 6<br>7 | Attorneys for Trustee<br>E. LYNN SCHOENMANN |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ARTEM KOSHKALDA,<br><br>Debtor. | Case No.: 18-30016-HLB<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON TRUSTEE'S MOTION TO EXTEND DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE**<br><br>Date:   August 2, 2018<br>Time:   10:00 a.m.<br>Place:  Courtroom 19<br>         450 Golden Gate Ave., 16th Floor<br>         San Francisco, CA 94102<br><br>Judge: Hon. Hannah L. Blumenstiel |

TO:   **DEBTOR, DEBTOR'S COUNSEL, THE OFFICE OF THE U.S. TRUSTEE, AND PARTIES WHO HAVE REQUESTED SPECIAL NOTICE**

**PLEASE TAKE NOTICE** that a hearing on the Trustee's Motion To Extend Deadline To Object To Debtor's Discharge ("Extension Motion") will be held on August 2, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, at 450 Golden Gate Avenue, 16th Floor, Courtroom 19, San Francisco, California.

In the Extension Motion Chapter 7 trustee E. Lynn Schoenmann ("Trustee"), trustee for the bankruptcy estate of debtor Artem Koshkalda ("Debtor"), moves for an order of the Bankruptcy Court, pursuant to Federal Rule of Bankruptcy Procedure Rule 4004(b)(1), extending the Trustee's deadline to object to the Debtor's discharge from June 25, 2018, by 91 days, *i.e.* to Monday, September 24, 2018. The grounds for the Extension Motion are as set forth in the motion and the supporting Memorandum.

The Extension Motion is supported by a Memorandum In Support (included in the motion document), and the Declaration Of Michael A. Sweet, filed concurrently with the Extension Motion.

Copies of the Extension Motion papers accompany this Notice of Hearing.

**PLEASE ALSO TAKE NOTICE** that any opposition to the Extension Motion must be in writing, and filed with the clerk of the Bankruptcy Court and served on counsel for the Trustee, **not later than 14 days prior to the hearing date,** *i.e.* **July 19, 2018**.

Dated: June 25, 2018          FOX ROTHSCHILD LLP

By: */s/ Michael A. Sweet*
    Michael A. Sweet
    Attorneys for Trustee
    E. Lynn Schoenmann

2

ACTIVE\58690120.v1-6/25/18