Signed and Filed: June 28, 2018

*[signature]*

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 18-30016 HLB |
| ARTEM KOSHKALDA, | ) Chapter 7 |
| Debtor. | ) |

**ORDER GRANTING IN PART DEBTOR'S MOTION TO COMPEL ABANDONMENT**

On June 28, 2018, the court held a hearing on Debtor's Motion to Compel Abandonment of Epson Litigation and Appeal Rights (the "Motion"). Appearances were as noted on the record. Upon due consideration of the pleadings and argument of the parties, and for the reasons stated on the record, the court **ORDERS** as follows:

(1) The Motion is **GRANTED** to the extent necessary to permit Debtor to pursue and defend the Infringement Action [Seiko Epson Corp. et al. v. InkSystem LLC et al., Case No. 3:16-cv-00524 RJC-VPC in the United States District Court for the District of Nevada, Reno Division] through the entry of judgment and through any appeals arising from the Infringement Action.

(2) In all other respects, the Motion is **DENIED** and the Chapter 7 Trustee is specifically authorized to dismiss the action recently commenced in the United States District Court for the Central District of California [<u>Artem Koshkalda etc. v. Seiko Epson Corp. et al.</u>, Case No. 2:18-cv-0527-FMO-AGR] in light of the concession by Debtor's Counsel that Debtor did not possess the authority to commence that action.

**\*\*END OF ORDER\*\***

**Court Service List**

[None]