| | |
|---|---|
| 1 | MICHAEL A. SWEET (SBN 184345) |
| | msweet@foxrothschild.com |
| 2 | JACK PRAETZELLIS (SBN 267765) |
| | jpraetzellis@foxrothschild.com |
| 3 | **FOX ROTHSCHILD LLP** |
| | 345 CA Street, Suite 2200 |
| 4 | San Francisco, CA 94104 |
| | Telephone:  (415) 364-5540 |
| 5 | Facsimile:  (415) 391-4436 |
| 6 | Attorneys for Plaintiff |
| | E. Lynn Schoenmann, Trustee |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-30016-HLB |
| ARTEM KOSHKALDA, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I am over the age of eighteen years of age, not a party to this action, and employed in the City and County of San Francisco at the law offices of Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco, California 94104.

On July 27, 2018, I served the following:

**REPLY DECLARATION OF JAY D. CROM IN SUPPORT OF TRUSTEE'S MOTION TO EXTEND DEADLINE TO OBJECTION TO DEBTOR'S DISCHARGE**
**[with redacted exhibits per Rule 9037(a)(4)]**

on the persons/parties/entities by the following method(s):

☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the person(s) so indicated on the below for collection and mailing on that date following ordinary business practices.

**Requests for Notice**

Synchrony Bank
c/o PRA Receivables management, LLC
P.O. Box 41021
Norfolk, VA 23541

☑ **[BY EMAIL]:** I electronically served the above document(s) to the email address of the addressee(s) listed below.

**U.S. Trustee**

Timothy S. Laffredi
Office of the U.S. Trustee
450 Golden Gate Avenue, 5th Floor, Suite # 05-0153
San Francisco, CA 94102
timothy.s.laffredi@usdoj.gov
lynette.c.kelly@usdoj.gov

☑ **BY ELECTRONIC SERVICE:** The document(s) were served automatically via the Court's Electronic Case Filing (ECF) and notification system on those parties who are registered ECF participants for this case.

**Debtor's Counsel**

Gregory A. Rougeau
Brunetti Rougeau LLP
235 Montgomery Street, Suite 410
San Francisco, CA  94104-2907

**Requests for Notice**

Seiko Epson Corporation and
Epson America, Inc.
c/o Henry S. David
The David Firm®
617 W. 7th Street, Suite 702
Los Angeles, CA 90017

Fremont Bank
c/o Terrance L. Stinnett, Esq.
39150 Fremont Boulevard, 3rd Floor
Fremont, CA 94538

| | |
|---|---|
| 1 | |
| 2 | Interested Party ART, LLC<br>c/o Bennett G. Young, Esq. |
| 3 | Jeffers Mangels Butler & Mitchell LLP<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 |
| 4 | |
| 5 | Bank of America, N.A.<br>c/o Raffi Khatchadourian, Esq. |
| 6 | Jacqueline L. James, Esq.<br>Hemar, Rousso & Heald, LLP |
| 7 | 15910 Ventura Boulevard, 12th Floor<br>Encino, CA 91436 |
| 8 | 1000 Channel Street (SF) Owner, LLC |
| 9 | c/o Michael A. Shakouri, Esq.<br>Goodkin & Lynch LLP |
| 10 | 1875 Century Park East, Suite 1860<br>Los Angeles, CA 90067 |
| 11 | PS Business Parks, L.P. |
| 12 | c/o Kevin P. Montee, Esq.<br>Montee & Associates |
| 13 | 1250-I Newell Avenue, Suite 149<br>Walnut Creek, CA 94596 |
| 14 | 5 Arch Group Funding Corp. |
| 15 | c/o Steven J. Kottmeier<br>Monique D. Jewett-Brewster |
| 16 | Hopkins & Carley<br>P.O. Box 1469 |
| 17 | San Jose, CA 95109-1469 |
| 18 | Janina M. Hoskins<br>c/o Michael A. Isaacs |
| 19 | Dentons US LLP<br>One Market Plaza, Spear Tower, 24th Floor |
| 20 | San Francisco, CA 94105-1101 |
| 21 | Patch of Land Lending, LLC<br>c/o Joshua L. Scheer |
| 22 | Scheer Law Group, LLC<br>26522 La Alameda, Suite 205 |
| 23 | Mission Viejo, CA 92691 |
| 24 | The Townhomes at the Shipyard Owners Association<br>c/o David C. Swedelson |
| 25 | SwedelsonGottlieb<br>350 Sansome Street, Suite 300 |
| 26 | San Francisco, CA 94105 |
| 27 | |
| 28 | |

One Rincon Hill Tower II Association aka The Harrison
c/o Alyssa B. Klausner, Esq.
SwedelsonGottlieb
11900 W. Olympic Boulevard, Suite 700
Los Angeles, California 90064

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on July 27, 2018, at San Francisco, CA.

*/s/ Peggy Basa*
Peggy Basa