# Exhibit A

Exhibit A

# EXHIBIT A

## DOCUMENTS TO BE PRODUCED BY

## THE LAW FIRMS, MS. KRAVCHUK, AND AIIRAM, LLC

1. All non-privileged DOCUMENTS (the term "DOCUMENTS" shall mean, without limitation to its plain and obvious meaning, a "writing" or "recording," as those terms are defined in Federal Rule of Evidence 1001, and refers to those materials in your actual or constructive possession, custody or control whether written, handwritten, typed, photocopied, printed, duplicated, reproduced or recorded, and whether electronic, electrical or mechanical in nature, including without limitation documents which are in electronic format, contained within a computer or database or any type of computerized storage device or online ("cloud") storage, documents, including electronically stored information) related to the payments for legal services rendered on behalf of the DEBTOR (the term "DEBTOR" means Artem Koshkalda) or entities controlled by the DEBTOR since August 1, 2017.

2. All non-privileged correspondence and other communication (including email, text messages, voicemails and other forms of electronic communication) with third parties relating to the DEBTOR – including but not limited to communications relating to the payment for legal services rendered by anyone on behalf of the DEBTOR or entities controlled by the DEBTOR – since August 1, 2017.

3. Copies of all checks, wire transfer information or other evidence of payment for any legal services rendered by anyone on behalf of the DEBTOR or entities controlled by the DEBTOR since August 1, 2017.

4. **[FOR MS. KRAVCHUK AND AIIRAM, LLC ONLY]** All DOCUMENTS that constitute or pertain to communications between you or your agents and the DEBTOR.