Exhibit B

Exhibit B

# EXHIBIT B

## DOCUMENTS TO BE PRODUCED BY THE BANKS

5. All signature cards for the APPLICABLE ACCOUNTS (the term APPLICABLE ACCOUNTS means each account for which Mariia Kravchuk or AIIRAM, LLC is an owner or beneficiary).

6. Copies of all bank statements for APPLICABLE ACCOUNTS from January 1, 2015, to the present date.

7. Copies of all checks written on the APPLICABLE ACCOUNTS from January 1, 2015, to the present date.

8. Copies of all checks cashed to the APPLICABLE ACCOUNTS from January 1, 2015, to the present date.

9. All information concerning any debit or credit to the APPLICABLE ACCOUNTS from January 1, 2015, to the present date.

10. All documents, including electronically stored information, evidencing all debts or credits to the APPLICABLE ACCOUNTS from January 1, 2015, to the present date.

11. All documents, including electronically stored information, evidencing all wire transfers to or from the APPLICABLE ACCOUNTS from January 1, 2015, to the present date.