# Exhibit C – Part 1

Exhibit C– Part 1

--oOo--

Proceedings

--oOo--

EXAMINATION BY MR. SWEET

Q. Good morning.

A. Good morning.

Q. Can you state your name for the record, please?

A. Yes. Artem Koshkalda.

Q. Spell it, please.

A. A, as in apple, r-t-e-m, that's the first name. Last name is K-o-s-h-k-a-l-d-a.

Q. Thank you.

I --

Clearly you have been through this before, you know there's a court reporter here. She's taking down everything we're saying. I sure she appreciates that you're being deliberate and clear. I don't think you'll need to go that slowly. If you go that slowly, it's going to be a very long day.

If she's having trouble, she will -- Colleen will let you know if you're talking too fast and we can ask you to slow down.

Can you give me your address, please?

you is that Mariia Kravchuk has provided funds to --
for me in bankruptcy -- filed bankruptcy and for Art,
LLC, A-r-t, LLC. I hope that answers your question.
Does it?

Q. Do you know to whom she has paid money for your bankruptcy and for the Art, LLC bankruptcy?

A. I don't remember at the moment. I don't remember, Mr. Sweet.

Q. Did she pay money to Mr. Rougeau's firm?

A. You are asking about those details that I don't remember. My answer would remain the same, Mr. Sweet.

Q. But you know she paid at least $210,000; correct?

A. To the best of my knowledge, yes, Mr. Sweet.

Q. To whom was this $210,000 paid?

A. Let me ask you the question. When paid?

Q. Ever.

You said she paid --

A. I don't remember ever --

Q. You said she paid $210,000, and I'm asking you now to whom?

A. I -- I cannot answer your question, Mr. Sweet. To the best -- I don't understand your question, because it's obvious that it's paid to Greg

70

Rougeau and Ben -- Young, Ben Young, to my lawyer in JMBM.

(Reporter requests clarification.)

THE WITNESS: Four letters, JMBM. That's -- I might be wrong. No disrespect to that firm who founded it.

So did I ask your question -- did I answer your question? I'm sorry.

Q. BY MR. SWEET: Do you know anyone else who has received money from Mariia besides Mr. Rougeau's firm and Mr. Young's firm?

A. I don't recall at the moment. I'm sorry, Mr. Sweet.

Q. Okay. Tell me what you recall about your arrangement with Mariia about paying your bills.

A. My arrangement would be that I would pay her back. Of course, that's not the whole arrangement.

Q. What's the whole arrangement?

A. I don't remember, Mr. Sweet, at the moment.

Q. And you don't remember when you made that arrangement?

A. Approximately?

Q. Approximately would be fine.

A. Yeah. Before January 5th, 2000 -- January 5th, 2018, when I commenced the bankruptcy

71

filings. That's the right wording to say.

Q. Was it within days of when you commenced the filing that you made the arrangement with Mariia?

A. Can you please define in days, because I think any period of time you can define in dames -- I'm sorry, in days.

Q. Let's say within the month before you filed bankruptcy, is that when you made the arrangement with Mariia?

A. Mr. Sweet, I don't remember that.

Q. Okay. How did you memorialize your arrangement with Mariia?

A. Honestly, Mr. Sweet, I don't understand your question. I'm not sure I'm familiar with the process of memorizing. I think it's about the electrons and brain and some -- I don't know how I can describe the process.

Q. I'm sorry. I did not enunciate sufficiently for you.

I said how did you memorialize your arrangement with Mariia, not memorize. Memorialize.

A. I'm sorry. I don't know -- what does it mean, Memorial Day, memorialize? What does it mean, I don't know.

Q. Sure. I understand.

72

Q. Is there a writing between you and Mariia about the arrangement that she would pay your legal bills?

A. Memorize -- got it. I got your question. Um, I don't remember at the moment about that writings -- those writings.

Q. What do you recall about how you made the arrangement with Mariia that she would cover your legal bills?

A. I cannot remember at the moment. I'm sorry, Mr. Sweet.

Q. How do you communicate with her about this agreement?

A. I don't remember --

(Reporter requests clarification.)

THE WITNESS: Mr. Sweet, I do not recall at the moment communicating with her any communications about this arrangements.

Q. BY MR. SWEET: Do you know where Mariia lives?

A. To the best of my knowledge -- actually, I wanted to say Ukraine, but I don't know for a fact.

Q. Have you ever met Mariia in person?

A. Mr. Sweet, yes, I did.

Q. When did you meet her in person?

73

Case: 18-30016   Doc# 262-3   Filed: 07/31/18   Entered: 07/31/18 18:08:05   Page 6 of 7

the substance of any of those communications?

A. You mean before or after bankruptcy?

Q. Either.

A. You are asking too general a question. Can you specify that?

Q. Can you give me the substance of any communication you've had with Mariia Kravchuk?

A. I mean, the arrangement of our -- of our -- I'm not sure how to put this -- sponsorship or she would give me money to -- borrow me money and I would pay her back. That's one substance. Is substance -- that's one instance that we already discussed, Mr. Sweet.

Q. Okay. And you discussed that in person or on Viber or in an e-mail? How did you discuss that?

A. I don't remember, Mr. Sweet. I'm sorry.

Q. What are other conversation subjects that you recall discussing with her?

A. At the moment sitting here, Mr. Sweet, I don't recall. That is too general a question for me.

Q. How does she know when and how much to pay your lawyers?

A. I tell her.

Q. When is the last time you told her to pay one of your lawyers?

90