Exhibit C – Part 2

Exhibit C– Part 2

A.      I don't remember, Mr. Sweet, at the moment.

Q.      Do you know approximately how many payments she has made to get to $210,000?

A.      How many payments?  Can you -- I'm sorry. Can you repeat the question, Mr. Sweet?

        MR. SWEET:  Colleen.

        (The following was read by the reporter:

        QUESTION:  Do you know approximately how many payments she has made to get to $210,000?

        THE WITNESS:  I don't remember knowing that. I'm sorry, Mr. Sweet.

Q.      BY MR. SWEET:  Has she ever paid your lawyers without your asking her to?

A.      I don't know about those instances.

Q.      Do your lawyers send her bills directly?

A.      I think you are asking the wrong question -- I mean the wrong person.

Q.      Do you know if your lawyers send her bills directly?

A.      I don't know this information.  I'm sorry, Mr. Sweet.

Q.      When is the last --

A.      After we're done with this question, can we take a short break?

Q.      When is the last time that you recall

91

communicating with her about paying your lawyers?

A.      I don't remember, Mr. Sweet.

MR. SWEET:  Okay.  We'll take a break.

Let's go off the record.

THE WITNESS:  Thank you very much.

VIDEOTAPE OPERATOR:  We are off the record at 1:26 p.m.

(Break.)

VIDEOTAPE OPERATOR:  We're back on the record at 1:34 p.m.

Q.      BY MR. SWEET:  Do you know if Ms. Kravchuk will be making further payments to cover your legal bills?

A.      I don't know for a fact.

Q.      Does your arrangement provide that she could pay more to cover your legal bills?

A.      I don't remember that arrangement to cover more.

Q.      Tell me what you remember about the arrangement then.

A.      I mean the fourth time I'm answering this question, I do remember that I need to pay her back. And which you asked me then, how I do see I'm going to be paying -- I'm just making up right now things, but I think everything is on the record, Mr. Sweet.

92

So can we just move to a different subject,
unless Michael Sweet --

MR ROUGEAU: I think you've answered the
question.

Q. BY MR. SWEET: I want to know if the
arrangement is capped. Is there a certain amount
that's the cap of what she will pay for your legal
bills?

A. I mean, it's nice --

(Reporter requests clarification.)

THE WITNESS: -- to know that Michael Sweet
expressed his willingness to know that, but maybe,
Michael Sweet, you will ask the question. I don't
mean to tell you what to do.

Is there a question inside of your statement?

MR. SWEET: Colleen, can you please reread
where I started with "Is there a cap..."

(The following was read by the reporter:

QUESTION: Is there a certain amount that's

the cap of what she will pay for your legal

bills?)

THE WITNESS: I don't know about that amount
or that cap.

But that's a very interesting question from
you, so you're hoping that I'll --

93

Where did you get them?

A.    I believe there was a follow-up e-mail from
you asking security questions or something, but I
might be mistaken.  So then you did go -- get the
chance to go online, but I might be mistaken,
Michael.  Maybe it's just my imagination.

          (Plaintiff's Exhibit 15 was marked.)

Q.    BY MR. SWEET:  I'm putting in front of you a
document we've marked as Exhibit 15.

A.    Okay.

          (Pause in proceedings for document review.)

Q.    BY MR. SWEET:  Have you seen this document
before?

A.    I don't recognize this document.

Q.    Have you ever heard of something called
PrivatBank?

          (Reporter requests clarification.)

     MR. SWEET:  P-r-i-v-a-t-B-a-n-k.

     THE WITNESS:  I think it's one of the banks
in Ukraine.  Maybe outside of Ukraine, but I think
it's Ukraine.

Q.    BY MR. SWEET:  Have you ever had an account
at PrivatBank?

A.    I don't remember having any accounts at
PrivatBank.

                                                      221

Q.      Did you ever provide a copy of this document as proof of funds in connection with one of your acquisitions of real estate in the United States?

A.      I don't recall providing this document.  I don't remember the document.

Q.      Do you know if there is an account at PrivatBank that has the equivalent of $1.7 million in it under your name?

A.      I don't know if such -- of any such accounts.

Q.      Do you know if there was ever an account at PrivatBank under your name?

A.      I don't remember ever having an account in PrivatBank.

Q.      Could anyone else have opened up an account under your name in PrivatBank?

        MR ROUGEAU:  Objection.  Calls for speculation.

Q.      BY MR. SWEET:  What is --

        Where it says personal -- what --

        "Passport data," what is your passport number; do you know?

A.      I don't remember.

Q.      You don't remember your passport number?

A.      No.

Q.      Do you have a Ukranian passport?

222

Case: 18-30016   Doc# 262-4   Filed: 07/31/18   Entered: 07/31/18 18:08:05   Page 6 of 8

I'm asking you about the $1.7 million.

A.     You said at first provide going that far and --

Q.     Well, we can work this out without --

A.     Wait --

        (Reporter requests clarification.)

        MR ROUGEAU:  Your only job here is to answer questions.

        THE WITNESS:  I'm sorry.

Q.     BY MR. SWEET:  So prior to today, you've never seen this document before?

A.     I don't recognize seeing it.

Q.     Prior to today, you didn't know of any -- of any indication that there was an account at PrivatBank under your name with $1.7 million in it?

A.     Yeah.  I don't remember that at all.  Having anything in it.

Q.     Who came up with the name Privat Group for one of your companies?

A.     I don't remember who, but my guess would be me.

Q.     Did anyone else come up with names for any of the LLCs that you used?

A.     I don't remember anybody else coming up with any names.

224

A.    Not that I know about.

Q.    Anything else you can think of that might have impaired your ability to answer my questions here today?

A.    I don't know of any -- any of such.

Q.    Anything you could think of that would have made it difficult for you to understand my questions here today?

A.    You were possibly speaking faster than I would expect, but you were rephrasing.  And I'm sorry I was asking you several times -- multiple times to repeat, and you did repeat or you asked the reporter to repeat, so I think we did quite well.  I think I pretty much understood everything.

       MR. SWEET:  Very good.

       With that, we'll go off the record and continue this 2004 examination on a date to be agreed between the parties.

       VIDEOTAPE OPERATOR:  This concludes today's deposition of Artem Koshkalda.

       The number of media used was two.  The time is 5:08 p.m.

       (The deposition concluded at 5:08 p.m.)

                         --Robber M. Redamonti

                                                    230