Exhibit D

Exhibit D

DocuSign Envelope ID: A3329636-E192-44F2-A2CB-423947FB633E

**PrivatBank**

PUBLIC JOINT STOCK COMPANY · COMMERCIAL BANK "PRIVATBANK"

Dated: 11.03.2016

## CERTIFICATE

KOSHKALDA ARTEM, Personal number: ▓▓▓▓▓  Passport data: ▓▓▓▓▓
52 Peremoga Str. 2, Zaporizhya, Ukraine 17.10.2006 as of has at PJSC CB PRIVATBANK follofing accounts:

| Account # | Type of account | Account currency | Amount of balance in account currency | Balance available subject to credit limit | Amount of balances in currency equivalent (USD) |
|---|---|---|---|---|---|
| ▓▓▓▓▓ | Plastic card | UAH | 45 595 592,86 | 45 595 592,86 | 1 701 627,53 |
| Total (USD) | | | | | 1 701 627,53 |

NBU's exchange rate as of: 1 UAH = 0.03732 USD, 1 UAH = 0.03364 EUR

Head of department                                   Haidai Oksana