MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for E. Lynn
Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>Debtor. | Case No. 18-30016-HLB<br><br>Chapter 7<br><br>**[PROPOSED] ORDER AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATION OF CERTAIN LAW FIRMS, MARIIA KRAVCHUK, AND VARIOUS BANKS FOR PRODUCTION OF DOCUMENTS RELATED TO THE PAYMENT OF DEBTOR'S LEGAL FEES** |

The Application ("Application") of E. Lynn Schoenmann, Trustee ("Trustee") of the Estate of Artem Koshkalda, Debtor ("Debtor") for a Bankruptcy Rule 2004 examination for production of documents related to the payment of Debtor's legal fees of certain Law Firms, Mariia Kravchuk and various banks is GRANTED. Accordingly,

IT IS HEREBY ORDERED that:

1. The Trustee may serve subpoenas for production of documents and electronically stored information specified in **Exhibit A** to the Application on Brunetti Rougeau LLP, Jeffer Mangels Butler & Mitchell LLP, Rimon, P.C., Law Office of Alex Gortinsky, Reallaw, A Professional Corporation, Mariia Kravchuk, and AIIRAM, LLC.

///

///

2. The Trustee may serve subpoenas for production of documents and electronically stored information specified in **Exhibit B** to the Application on Wells Fargo Bank and any bank where Mariia Kravchuk or AIIRAM, LLC has accounts.

**\*\*END OF ORDER\*\***

2

Case: 18-30016   Doc# 262-6   Filed: 07/31/18   Entered: 07/31/18 18:08:05   Page 2 of 3

## Service List

Case: 18-30016    Doc# 262-6    Filed: 07/31/18    Entered: 07/31/18 18:08:05    Page 3 of 3