MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 CA Street, Suite 2200
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436

Attorneys for Plaintiff
E. Lynn Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>Debtor. | Case No. 18-30016-HLB<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

I am over the age of eighteen years of age, not a party to this action, and employed in the City and County of San Francisco at the law offices of Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco, California 94104.

On July 31, 2018, I served the following:

**APPLICATION FOR BANKRUPTCY RULE 2004 EXAMINATION OF CERTAIN LAW FIRMS, MARIIA KRAVCHUK AND VARIOUS BANKS FOR PRODUCTION OF DOCUMENTS RELATED TO THE PAYMENT OF DEBTOR'S LEGAL FEES**

**[PROPOSED] ORDER AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATION OF CERTAIN LAW FIRMS, MARIIA KRAVCHUK, AND VARIOUS BANKS FOR PRODUCTION OF DOCUMENTS RELATED TO THE PAYMENT OF DEBTOR'S LEGAL FEES**

///

///

on the persons/parties/entities by the following method(s):

☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the person(s) so indicated on the below for collection and mailing on that date following ordinary business practices.

**Requests for Notice**

Synchrony Bank
c/o PRA Receivables management, LLC
P.O. Box 41021
Norfolk, VA 23541

☑ **BY ELECTRONIC SERVICE:** The document(s) were served automatically via the Court's Electronic Case Filing (ECF) and notification system on those parties who are registered ECF participants for this case.

**Debtor's Counsel**

Gregory A. Rougeau
Brunetti Rougeau LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104-2907

**U.S. Trustee**

Lynette C. Kelly
Office of the U.S. Trustee
450 Golden Gate Avenue, 5th Floor, Suite # 05-0153
San Francisco, CA 94102

**Requests for Notice**

Seiko Epson Corporation and
Epson America, Inc.
c/o Henry S. David
The David Firm®
617 W. 7th Street, Suite 702
Los Angeles, CA 90017

Fremont Bank
c/o Terrance L. Stinnett, Esq.
39150 Fremont Boulevard, 3rd Floor
Fremont, CA 94538

Interested Party ART, LLC
c/o Bennett G. Young, Esq.
Jeffers Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Case: 18-30016 Doc# 262-7 Filed: 07/31/18 Entered: 07/31/18 18:08:05 Page 2 of 4

Bank of America, N.A.
c/o Raffi Khatchadourian, Esq.
Jacqueline L. James, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436

1000 Channel Street (SF) Owner, LLC
c/o Michael A. Shakouri, Esq.
Goodkin & Lynch LLP
1875 Century Park East, Suite 1860
Los Angeles, CA 90067

PS Business Parks, L.P.
c/o Kevin P. Montee, Esq.
Montee & Associates
1250-I Newell Avenue, Suite 149
Walnut Creek, CA 94596

5 Arch Group Funding Corp.
c/o Steven J. Kottmeier
Monique D. Jewett-Brewster
Hopkins & Carley
P.O. Box 1469
San Jose, CA 95109-1469

Janina M. Hoskins
c/o Michael A. Isaacs
Dentons US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105-1101

Patch of Land Lending, LLC
c/o Joshua L. Scheer
Scheer Law Group, LLC
26522 La Alameda, Suite 205
Mission Viejo, CA 92691

The Townhomes at the Shipyard Owners Association
c/o David C. Swedelson
SwedelsonGottlieb
350 Sansome Street, Suite 300
San Francisco, CA 94105

///

///

///

///

///

///

One Rincon Hill Tower II Association aka The Harrison
c/o Alyssa B. Klausner, Esq.
SwedelsonGottlieb
11900 W. Olympic Boulevard, Suite 700
Los Angeles, California 90064

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on July 31, 2018, at San Francisco, CA.

*/s/ Peggy Basa*
Peggy Basa

Case: 18-30016 Doc# 262-7 Filed: 07/31/18 Entered: 07/31/18 18:08:05 Page 4 of 4