MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 CA Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Plaintiff
E. Lynn Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-30016-HLB |
| ARTEM KOSHKALDA, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I am over the age of eighteen years of age, not a party to this action, and employed in the City and County of San Francisco at the law offices of Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco, California 94104.

On August 3, 2018, I served the following:

**APPLICATION FOR BANKRUPTCY RULE 2004 EXAMINATION OF CERTAIN LAW FIRMS, MARIIA KRAVCHUK AND VARIOUS BANKS FOR PRODUCTION OF DOCUMENTS RELATED TO THE PAYMENT OF DEBTOR'S LEGAL FEES**

**[PROPOSED] ORDER AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATION OF CERTAIN LAW FIRMS, MARIIA KRAVCHUK, AND VARIOUS BANKS FOR PRODUCTION OF DOCUMENTS RELATED TO THE PAYMENT OF DEBTOR'S LEGAL FEES**

///

///

CERTIFICATE OF SERVICE

**NOTICE OF ENTRY OF ORDER SETTING BRIEFING SCHEDULE AND HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR 2004 EXAMINATION OF CERTAIN LAW FIRMS, MARIIA KRAVCHUK AND VARIOUS BANKS FOR PRODUCTION OF DOCUMENTS RELATED TO THE PAYMENT OF DEBTOR'S LEGAL FEES**

on the persons/parties/entities by the following method(s):

☑ **[BY EMAIL]:** I electronically served the above document(s) to the email address of the addressee(s) listed below.

    <u>Mariia Kravchuk</u>:
    mariiakravchuk90@gmail.com
    kravmariia@gmail.com

☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the person(s) so indicated on the below for collection and mailing on that date following ordinary business practices.

    Gregory A. Rougeau
    Brunetti Rougeau LLP
    235 Montgomery Street, Suite 410
    San Francisco, CA 94104-2907

    Alex Gortinsky
    Law Office of Alex Gortinsky
    2233 Watt Ave. #340
    Sacramento, CA 95825-0520

    Bennett G. Young
    Jeffer Mangels Butler and Mitchell LLP
    2 Embarcadero Center, 5th Floor
    San Francisco, CA 94111-3813

    AIIRAM, LLC
    6130 Elton Ave.
    Las Vegas, NV 89107-2538

    Michael J. Hassen
    Reallaw
    The Atrium
    1981 N. Broadway, Suite 280
    Walnut Creek, CA 94596

///

///

Paul Jasper
Rimon Law
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Wells Fargo Bank, NA
c/o Corporation Service Co.
2710 Gateway Oaks Dr. #150N
Sacramento, CA  95833

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on August 3, 2018, at San Francisco, CA.

*/s/ Peggy Basa*
Peggy Basa

ACTIVE\60978214.v1-8/3/18