1  MICHAEL A. SWEET (SBN 184345)
   msweet@foxrothschild.com
2  JACK PRAETZELLIS (SBN 267765)
   jpraetzellis@foxrothschild.com
3  **FOX ROTHSCHILD LLP**          **Signed and Filed: August 6, 2018**
   345 California Street, Suite 2200
4  San Francisco, California 94104
   Telephone:    (415) 364-5540
5  Facsimile:    (415) 391-4436

6  Attorneys for E. Lynn
   Schoenmann, Trustee                **HANNAH L. BLUMENSTIEL**
7                                      **U.S. Bankruptcy Judge**

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12  In re:                          Case No. 18-30016-HLB

13  ARTEM KOSHKALDA,                 Chapter 7

14                      Debtor.      **ORDER GRANTING TRUSTEE'S MO-
                                     TION TO EXTEND DEADLINE TO OB-**
15                                   **JECT TO DEBTOR'S DISCHARGE**

16        On August 2, 2018, the Court held a hearing on the Trustee's Motion to Extend the Deadline

17  to Object to the Debtor's Discharge (the "Motion") (Dkt. 182).  Appearances of counsel were as not-

18  ed on the record.  Upon due consideration of the pleadings, and argument of the parties, and for the

19  reasons stated on the record, and good cause appearing therefor,

20        IT IS HEREBY ORDERED that:

21        1.      The Motion is **GRANTED**.

22        2.      The deadline for the Trustee to object to the Debtor's discharge is extended up to and

23  including September 24, 2018.

24  **APPROVED AS TO FORM:**

25  BRUNETTI ROUGEAU LLP

26  By:   _/s/Gregory Rougeau_
            Gregory Rougeau
27  Counsel for the Debtor

28

THE DAVID FIRM®

By:/s/Henry David
      Henry David
Counsel for Seiko Epson Corporation and
Epson America Inc.

HOPKINS & CARLEY,
a law corporation

By: /s/Monique Jewett-Brewster
      Monique Jewett-Brewster
Counsel for 5 Arch Funding Corp.

**END OF ORDER**

1

<u>**Service List**</u>

2
All relevant parties are ECF registrants and participants.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

178114\00001\60876039.v2