MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
DALE L. BRATTON (SBN 124328)
dbratton@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for
E. Lynn Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>Debtor. | Case No. 18-30016-HLB<br><br>Chapter 7<br><br>**TRUSTEE'S PRE-HEARING STATEMENT ADVISING THE COURT AND OTHER PARTIES IN INTEREST AS TO THE STATUS OF EFFORTS TO SELL THE REAL PROPERTIES SUBJECT TO RELIEF FROM STAY MOTION FILED BY 5 ARCH FUNDING CORP.**<br><br>Date: September 13, 2018<br>Time: 1:00 p.m.<br>Location: Courtroom 19<br>450 Golden Gate, 16th Fl.<br>San Francisco, CA<br>Judge: Hon. Hannah L. Blumenstiel |

     Pursuant to the Court's Order of June 12, 2018 (Docket Text Order), the Trustee submits the following pre-hearing statement regarding the efforts made to sell the real property subject to 5 Arch Funding Corp.'s ("5 Arch") Motion for Relief from the Automatic Stay ("Motion"):

     1.    As the Court is aware, 5 Arch is the lender on several of the properties that the Debtor purchased pre-petition. Since the initial hearing on the 5 Arch Motion, the Trustee has been working

to sell the properties for the benefit of the Estate and its creditors.[1]

2. <u>401 Harrison St #4A</u>: Sold August 28, 2018 for $1,005,000 (Doc# 317). Net realization for the Estate of $152,170.

3. <u>401 Harrison St #4D</u>: Offer received in the amount of $820,000. The Trustee has – through her realtor – advised interested parties that she will accept overbids on this property. The Trustee will be prepared to provide an update on the status of this listing at the September 13 hearing on the 5 Arch Motion. Following the completion of the overbid process, the Trustee intends to file a sale motion.

4. <u>388 Fulton St. #207</u>: Sold July 26, 2018, for $550,000 (Doc# 285). Net realization for the Estate of $30,860.

5. <u>11 Franklin #205</u>: This property is vested in Sancase. It was listed on MLS on August 18, 2018, for $650,000. There have been several showings, a broker tour, and two open houses. No offers have been received as of the date of this statement. Should the status of the listing change the Trustee will be prepared to provide an update on the status of this listing at the September 13 hearing on the 5 Arch Motion. Consummation of the sale of this unit is contingent on approval of the Trustee's pending application to expand the scope of realtor Mark Benson's employment to include this Sancase-titled property which would follow resolution of the application for a default judgment against Ms. Kravchuk.

6. <u>38868 Thimbleberry Pl.</u>: Order approving sale motion entered on August 6, 2018 (Doc# 280). On September 4, 2018, the buyer submitted cancellation instructions to the escrow. The buyer stated certain non-financial personal problems as the basis for the cancellation. The buyer has forfeited his deposit in the amount of $28,650. The Trustee's real estate broker is re-listed the

---

[1] Three of the properties – both units at 11 Franklin and the Potrero unit – are vested in Sancase, LLC ("Sancase"). The Debtor has consistently contended that he is the sole owner of Sancase. However in her investigation the Trustee identified documentation that indicates that the Debtor may have transferred a minority interest in Sancase to Mariia Kravchuk. The Trustee filed an adversary complaint against Ms. Kravchuk to settle issues relating to the ownership of Sancase. Ms. Kravchuk did not respond to the Complaint and a Clerk's Default was entered on August 17, 2018. [Adv Proc. Case No 18-03030, Doc# 30.] The Trustee is preparing an application for entry of a default judgment against Ms. Kravchuk that avoids the transfer of the minority interest to Ms. Kravchuk so that the Estate can effectuate the sale of the Sancase-vested properties. In that application, the Trustee does not anticipate seeking a monetary judgment against Ms. Kravchuk.

property on September 4, 2018.  Should the status of the listing change the Trustee will be prepared to provide an update on the status of this listing at the September 13 hearing on the 5 Arch Motion.

7. <u>11 Franklin #502</u>:  This property is vested in Sancase.  In comparison to Unit #205, Unit #502 is on a higher floor, is larger, and includes a deck.  The Trustee's broker has advised that listing this property concurrently with Unit #205 would move the interest from Unit #205 to Unit #502 and make a sale of Unit #205 more difficult.  The Trustee intends to list #502 once Unit #205 is in contract.  Consummation of the sale of this unit is contingent on approval of the Trustee's pending application to expand the scope of realtor Mark Benson's employment to include this Sancase-titled property which would follow resolution of the application for entry of a default judgment against Ms. Kravchuk.

8. <u>338 Potrero #402</u>:  The Trustee received an offer for this property in the amount of $800,000.  The Trustee has – through her realtor – advised interested parties that she will accept overbids on this property on September 7, 2018.  The Trustee will be prepared to provide an update on the status of this listing at the September 13 hearing on the 5 Arch Motion.  Consummation of the sale of this unit is contingent on approval of the Trustee's pending application to expand the scope of realtor Mark Benson's employment to include this Sancase-titled property which would follow resolution of the application for entry of a default judgment against Ms. Kravchuk.

Dated:  September 6, 2018

**FOX ROTHSCHILD LLP**

By  */s/Michael A. Sweet*
Michael A. Sweet
Attorneys for E. Lynn Schoenmann, Trustee

ACTIVE\63151563.v5-9/6/18