MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 CA Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorneys for Plaintiff
E. Lynn Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>Debtor. | Case No. 18-30016-HLB<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: October 4, 2018<br>Time: 10:00 a.m.<br>Place: Courtroom 19<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102 |

I am over the age of eighteen years of age, not a party to this action, and employed in the City and County of San Francisco at the law offices of Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco, California 94104.

On September 18, 2018, I served the following:

    **NOTICE OF HEARING ON TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS (338 Potrero Unit 402, San Francisco, California) (APN BLK: 3962 LOT: 032)**

    **TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS (338 Potrero Unit 402, San Francisco, California) (APN BLK: 3962 LOT: 032); MEMORANDUM IN SUPPORT OF SALE MOTION**

///

**DECLARATION OF JAY D. CROM IN SUPPORT OF TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS (338 Potrero Unit 402, San Francisco, California) (APN BLK: 3962 LOT: 032)**

**DECLARATION OF MARK BENSON IN SUPPORT OF TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS (338 Potrero Unit 402, San Francisco, California)**

**DECLARATION OF MOANA REYNAU RE GOOD FAITH PURCHASER STATUS WITH RESPECT TO TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS (338 Potrero Unit 402, San Francisco, California)**

on the persons/parties/entities by the following method(s):

☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the person(s) so indicated on the below for collection and mailing on that date following ordinary business practices.

**Debtor**
Artem Koshkalda
388 Potrero Avenue, Apt. 402
San Francisco, CA 94103

Artem Koshkalda
3408 Chitgar Place
San Jose, CA  95117-1666

**Debtor's Counsel**
Gregory A. Rougeau
Brunetti Rougeau LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104-2907

**U.S. Trustee**
Lynette C. Kelly
Office of the U.S. Trustee
450 Golden Gate Avenue, 4th Floor, Suite # 05-0153
San Francisco, CA 94102

**Counsel for 5 Arch Group Funding Corp.**
Steven J. Kottmeier
Monique D. Jewett-Brewster
Hopkins & Carley
P.O. Box 1469
San Jose, CA 95109-1469

///

-2-

Case: 18-30016    Doc# 355    Filed: 09/18/18    Entered: 09/18/18 17:17:12    Page 2 of 4

**City and County of San Francisco**
City and County of San Francisco
Attention: Manuel Pan
Post Office Box 1027
San Francisco, CA 94120

**Requests for Notice**

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Seiko Epson Corporation and
Epson America, Inc.
c/o Henry S. David
The David Firm
617 W. 7th Street, Suite 702
Los Angeles, CA 90017

Fremont Bank
c/o Terrance L. Stinnett, Esq.
39150 Fremont Boulevard, 3rd Floor
Fremont, CA 94538

Interested Party ART, LLC
c/o Bennett G. Young, Esq.
Jeffers Mangels Butler & Mitchell LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Bank of America, N.A.
c/o Raffi Khatchadourian, Esq.
Jacqueline L. James, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436

1000 Channel Street (SF) Owner, LLC
c/o Michael A. Shakouri, Esq.
Goodkin & Lynch LLP
1875 Century Park East, Suite 1860
Los Angeles, CA 90067

PS Business Parks, L.P.
c/o Kevin P. Montee, Esq.
Montee & Associates
1250-I Newell Avenue, Suite 149
Walnut Creek, CA 94596

Janina M. Hoskins
c/o Michael A. Isaacs
Dentons US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105-1101

1  Patch of Land Lending, LLC
   c/o Scheer Law Group, LLC
2  26522 La Alameda, Suite 205
   Mission Viejo, CA 92691

3  The Townhomes at the Shipyard Owners Association
4  c/o David C. Swedelson
   SwedelsonGottlieb
5  350 Sansome Street, Suite 300
   San Francisco, CA 94105

6  One Rincon Hill Tower II Association aka The Harrison
7  c/o Alyssa B. Klausner, Esq.
   SwedelsonGottlieb
8  11900 W. Olympic Boulevard, Suite 700
   Los Angeles, California 90064

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on September 18, 2018, at San Francisco, California.

                                          */s/ Peggy Basa*
                                           Peggy Basa

178114\00001\65024806.v1