MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 CA Street, Suite 2200
San Francisco, CA 94104
Telephone:     (415) 364-5540
Facsimile:     (415) 391-4436

Attorneys for Plaintiff
E. Lynn Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>                          Debtor. | Case No. 18-30016-HLB<br><br>Chapter 7<br><br>**<u>CERTIFICATE OF SERVICE</u>**<br><br>Date:    October 4, 2018<br>Time:    2:00 p.m.<br>Place:   Courtroom 19<br>           450 Golden Gate Avenue, 16th Floor<br>           San Francisco, CA 94102 |

I am over the age of eighteen years of age, not a party to this action, and employed in the

City and County of San Francisco at the law offices of Fox Rothschild LLP, 345 California Street,

Suite 2200, San Francisco, California 94104.

On September 18, 2018, I served the following:

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR
SALE OF REAL PROPERTY FREE AND CLEAR OF
LIENS (338 Potrero Unit 402, San Francisco, California)
(APN BLK: 3962 LOT: 032)**

on the persons/parties/entities by the following method(s):

☑    **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility
       regularly maintained by the United States Postal Service on the same day, in a sealed
       envelope, with postage paid, addressed to the person(s) so indicated on the below for
       collection and mailing on that date following ordinary business practices.

See Attachment 1 attached hereto.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on September 18, 2018, at San Francisco, California.

/s/  Peggy Basa
Peggy Basa

178114\00001\65034522.v1

Case: 18-30016    Doc# 356    Filed: 09/18/18    Entered: 09/18/18 17:18:38    Page 2 of 6

Label Matrix for local noticing
0971-3
Case 18-30016
Northern District of California
San Francisco
Thu Sep 13 13:23:23 PDT 2018

1 Franklin Owners Association
Associa Northern California
1341 W. Robinhood Dr., Suite B7
Stockton, CA 95207-5517

11 Franklin St. #205 HOA
8000 Jarvis Ave.
Entry 2
Newark, CA 94560-1154

388 Portrero St. Webpass
267 8th St.
San Francisco, CA 94103-3910

5 Arch Funding Corp.
19800 MacArthur Blvd., Ste. 1150
Irvine, CA 92612-8445

5 Arch Funding Corp. and its Affiliates
c/o Monique D. Jewett-Brewster
Hopkins & Carley
70 S. First Street
San Jose, CA 95113-2406

5 Arch Funding Corpl and its Affiliates
c/o Monique D. Jewett-Brewster
Hopkins & Carley
70 S. First Street
San Jose, CA 95113-2406

5 Arch Group Funding Corp.
Hopkins and Carley
70 South First St.
San Jose, CA 95113-2406

AF LLC
390 Freeport Blvd., Ste. 6
Sparks, NV 89431-6259

AIIRAM, LLC
6130 Elton Ave.
Las Vegas, NV 89107-2538

ART, LLC
c/o Bennett G. Young, Esq.
Two Embarcaderl Center
Fifth Floor
San Francisco, CA 94111-3823

Alado LLC
1280 Terminal Way #28
Reno, NV 89502-3243

Andriy Kravchuck
1280 Terminal Way, Suite 280
Reno, NV 89502-3219

Andriy Kravchuk
1000 Bible Way, Apt. 40
Reno, NV 89502-2132

Andriy Kravchuk
1280 Terminal Way Suite 28
Reno, NV 89502-3243

Bachecki, Crom & Co., LLP
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080-1917

Mark Benson
10 Rollins Rd #215
Milbrae, CA 94030-3129

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

California State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230-0001

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

City & County of San Francisco Tax Collector
P.O. Box 7027
San Francisco, CA 94120-7027

City and County of San Francisco
1 Dr. Carlton B. Goodlett Pl.
City Hall, Room 140
San Francisco, CA 94102-4604

Comcast
1068 E. Brokaw Rd.
San Jose, CA 95131-2309

Henry S. David
The David Firm (R)
617 W 7th St. #702
Los Angeles, CA 90017-3853

Employment Development Dept.
Bankruptcy Unit- MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Epson America, Inc.
c/o Annie S. Wang
Wang Law Corporation
1150 Foothill Blvd., Suite E
La Canada Flintridge, CA 91011-3276

Epson America, Inc.,
c/o Henry S. David, The David Firm(R)
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

FCI Lender Services
8180 E. Kaiser Blvd.
Anaheim, CA 92808-2277

Franchise Tax Board
Bankruptcy Unit
P.O.Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812-1673

Fremont Bank
Attn: Robert Williams
Default Manager
Loan Servicing Dept.
25151 Clawiter Rd.
Hayward, CA 94545-2731

Fremont Bank
160 W. Santa Clara St. #100
San Jose, CA 95113-1708

Fremont Bank
Attn:  Terrance L. Stinnett, Esq.
39150 Fremont Blvd., 3rd Floor
Fremont, CA 94538-1313

Michael J. Hassen
Reallaw, APC
1981 N. Broadway #280
Walnut Creek, CA 94596-3852

Igor V. Bielov
390 Freeport Blvd., Ste. 6
Sparks, NV 89431-6259

InkSystem LLC
1000 Bible Way, Apt. 40
Reno, NV 89502-2132

Inkredible LLC
675 Fairview Dr., Ste 233
Carson City, NV 89701-5425

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Special Procedures Section
P.O. Box 7346
Philadelphia, PA 19101-7346

Michael A. Isaacs
Dentons US LLP
1 Market Plaza
Spear Tower 24th Fl.
San Francisco, CA 94105-1101

Jacqueline L. James
Hemar, Rousso and Heald, LLP
15910 Ventura Blvd., 12th Fl.
Encino, CA 91436-2829

Janina M. Hoskins, Chapter 7 Trustee of
In re ART LLC, Case No. 18-30014 HLB
c/o Michael A. Isaacs of Dentons US LLP
One Market Plaza, Spear Tower, 24th Floo
San Francisco, CA 94105-1101

Jeff Carr
Laura Carr
2 Cambridge Ct.
Danville, CA 94526-2253

Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3823

Jeffrey Carr and Laura Carr
2 Cambridge Ct
Danville, CA 94526-2253

Monique Jewett-Brewster
Hopkins and Carley
70 South First St.
San Jose, CA 95113-2406

KBF LLC
935 Sharmon Palms Lane, Apt. C
Campbell, CA 95008-6027

KBF LLC
c/o Nevada Secretary of State
202 N. Carson St.
Carson City, NV 89701-4201

KBF LLC
c/o Volodymyr Slobodianiuk
2787 Moorpark Ave.
San Jose, CA 95128-3154

Karine LLC
1280 Terminal Way #28
Reno, NV 89502-3243

Karine Vardanian
935 Sharmon Palms Lane, Apt. C
Campbell, CA 95008-6027

(p)MONTEE & ASSOCIATES
ATTN KEVIN MONTEE
1250-I NEWELL AVE SUITE 149
WALNUT CREEK CA 94596-5305

Raffi Khatchadourian
Hemar, Rousso and Heald
15910 Ventura Blvd. 12th Fl.
Encino, CA 91436-2829

Alyssa B. Klausner
Swedelson and Gottlieb
11900 W Olympic Blvd. #700
Los Angeles, CA 90064-1045

Kristina Antonova
3408 Chitgar Place
San Jose, CA 95117-1666

Laura Carr and Jeff Carr
2 Cambridge Ct.
Danville, CA 94526-2253

Law Office of Alex Gortinskiy
2233 Watt Ave. #340
Sacramento, CA 95825-0520

Lucky Print LLC
1000 Bible Way, Apt. 40
Reno, NV 89502-2132

Michael Huang
201 Folsom Street
Unit 23D
San Francisco, CA 94105-5078

Kevin Montee
Montee and Associates
1250-I Newell Ave. #149
Walnut Creek, CA 94596-5373

OFFICE OF THE UNITED STATES TRUSTEE
450 GOLDEN GATE AVE.
5TH FLOOR, STE #05-0153
SAN FRANCISCO, CA 94102-3661

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102-3661

One Rincon Hill Tower II Association aka The
c/o SwedelsonGottlieb
Attn: Alyssa B. Klausner, Esq.
11900 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064-1045

PS Business Parks
Attn: Suzanne Parks
2316 Walsh Ave.
Santa Clara, CA 95051-1331

PS Business Parks, L.P.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596-5305

Pacific Pine LLC
201 California St. #500
San Francisco, CA 94111-5028

Pacific Pine LLC
Attn: Joyce Yonce
201 California St. #500
San Francisco, CA 94111-5028

Reallaw, APC
1981 N. Broadway #280
Walnut Creek, CA 94596-3852

Roman Taryanik
3408 Chtigar Place
San Jose, CA 95117-1666

Rowan Owners Assoc.
c/o First Service Residential California
P.O. Box 512989
Los Angeles, CA 90051-0989

Sancase, LLC
1012 Giacomo Lane
San Jose, CA 95131-4030

Joshua Scheer
Scheer Law Group
26522 La Alameda #205
Mission Viejo, CA 92691-6546

Seiko Epson Corp.
c/o Annie S. Wang
Wang Law Corporation
1160 Foothill Blvd. #E
La Canada Flintridge, CA 91011

Michael Ablin Shakouri
Goodkin & Lynch LLP
1875 Century Park East, Suite 1860
Los Angeles, CA 90067-2519

Shirish Sathaye
15315 Sobey Rd.
Saratoga, CA 95070-6275

Synchrony Bank Amazon Credit Card
101 California St. #1500
San Francisco, CA 94111-5888

The Vale PA-1 Owner, LLC
c/o LS- Sunnyvale, LLC
7525 Irvine Center Dr., Suite 200
Irvine, CA 92618-3069

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Veles LLC
1280 Terminal Way #28
Reno, NV 89502-3243

Vilacet LLC
38868 Thimbleberry Pl.
Newark, CA 94560-4862

Vitalii Maliuk
675 Fairview Dr., Ste. 233
Carson City, NV 89701-5425

Vladimir Slobodianiuk
935 Sharmon Palms Lane, Apt. C
Campbell, CA 95008-6027

Annie S. Wang
Wang Law Corp.
1150 Foothill Blvd. #E
La Canada Flintridge, CA 91011-3276

Phillip K. Wang
Rimon, P. C.
1 Embarcadero Center #400
San Francisco, CA 94111-3619

Reilly Wilkinson
Scheer Law Group
155 N Redwood Dr. #100
San Rafael, CA 94903-1966

Bennett G. Young
Jeffer Mangels Butler and Mitchell LLP
2 Embarcadero Center, 5th Fl
San Francisco, CA 94111-3813