| | |
|---|---|
| 1 | MICHAEL A. SWEET (SBN 184345) |
| | msweet@foxrothschild.com |
| 2 | JACK PRAETZELLIS (SBN 267765) |
| | jpraetzellis@foxrothschild.com |
| 3 | **FOX ROTHSCHILD LLP** |
| | 345 CA Street, Suite 2200 |
| 4 | San Francisco, CA 94104 |
| | Telephone:   (415) 364-5540 |
| 5 | Facsimile:   (415) 391-4436 |

Attorneys for Plaintiff
E. Lynn Schoenmann, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 18-30016-HLB |
| ARTEM KOSHKALDA, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | Date:    October 4, 2018 |
| | Time:    2:00 p.m. |
| | Place:   Courtroom 19 |
| | 450 Golden Gate Avenue, 16th Floor |
| | San Francisco, CA 94102 |

I am over the age of eighteen years of age, not a party to this action, and employed in the City and County of San Francisco at the law offices of Fox Rothschild LLP, 345 California Street, Suite 2200, San Francisco, California 94104.

On September 18, 2018, I served the following:

> **NOTICE OF HEARING ON TRUSTEE'S SECOND MOTION FOR SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS (38868 Thimbleberry Place, Newark, California) (APN 092A-2600-018)**

on the persons/parties/entities by the following method(s):

☑ **BY FIRST-CLASS MAIL:** I caused said document(s) to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the person(s) so indicated on the below for collection and mailing on that date following ordinary business practices.

See Attachment 1 attached hereto.

I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed on September 18, 2018, at San Francisco, California.

                                              */s/ Peggy Basa*
                                              Peggy Basa

178114\00001\65044324.v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-3<br>Case 18-30016<br>Northern District of California<br>San Francisco<br>Thu Sep 13 13:23:23 PDT 2018 | 1 Franklin Owners Association<br>Associa Northern California<br>1341 W. Robinhood Dr., Suite B7<br>Stockton, CA 95207-5517 | |
| | 11 Franklin St. #205 HOA<br>8000 Jarvis Ave.<br>Entry 2<br>Newark, CA 94560-1154 | 388 Portrero St. Webpass<br>267 8th St.<br>San Francisco, CA 94103-3910 |
| 5 Arch Funding Corp.<br>19800 MacArthur Blvd., Ste. 1150<br>Irvine, CA 92612-8445 | 5 Arch Funding Corp. and its Affiliates<br>c/o Monique D. Jewett-Brewster<br>Hopkins & Carley<br>70 S. First Street<br>San Jose, CA 95113-2406 | 5 Arch Funding Corpl and its Affiliates<br>c/o Monique D. Jewett-Brewster<br>Hopkins & Carley<br>70 S. First Street<br>San Jose, CA 95113-2406 |
| 5 Arch Group Funding Corp.<br>Hopkins and Carley<br>70 South First St.<br>San Jose, CA 95113-2406 | AF LLC<br>390 Freeport Blvd., Ste. 6<br>Sparks, NV 89431-6259 | AIIRAM, LLC<br>6130 Elton Ave.<br>Las Vegas, NV 89107-2538 |
| ART, LLC<br>c/o Bennett G. Young, Esq.<br>Two Embarcaderl Center<br>Fifth Floor<br>San Francisco, CA 94111-3823 | Alado LLC<br>1280 Terminal Way #28<br>Reno, NV 89502-3243 | Andriy Kravchuck<br>1280 Terminal Way, Suite 280<br>Reno, NV 89502-3219 |
| Andriy Kravchuk<br>1000 Bible Way, Apt. 40<br>Reno, NV 89502-2132 | Andriy Kravchuk<br>1280 Terminal Way Suite 28<br>Reno, NV 89502-3243 | Bachecki, Crom & Co., LLP<br>400 Oyster Point Boulevard, Suite 106<br>South San Francisco, CA 94080-1917 |
| | | Mark Benson<br>10 Rollins Rd #215<br>Milbrae, CA 94030-3129 |
| | | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | California State Board of Equalization<br>Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chief Tax Collection Section<br>Employment Development Section<br>P.O. Box 826203<br>Sacramento, CA 94230-0001 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | City & County of San Francisco Tax Collector<br>P.O. Box 7027<br>San Francisco, CA 94120-7027 |

City and County of San Francisco
1 Dr. Carlton B. Goodlett Pl.
City Hall, Room 140
San Francisco, CA 94102-4604

Comcast
1068 E. Brokaw Rd.
San Jose, CA 95131-2309

Henry S. David
The David Firm (R)
617 W 7th St. #702
Los Angeles, CA 90017-3853

Employment Development Dept.
Bankruptcy Unit- MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Epson America, Inc.
c/o Annie S. Wang
Wang Law Corporation
1150 Foothill Blvd., Suite E
La Canada Flintridge, CA 91011-3276

Epson America, Inc.,
c/o Henry S. David, The David Firm(R)
617 W. 7th St., Suite 702
Los Angeles, CA 90017-3853

FCI Lender Services
8180 E. Kaiser Blvd.
Anaheim, CA 92808-2277

Franchise Tax Board
Bankruptcy Unit
P.O.Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
P.O. Box 1673
Sacramento, CA 95812-1673

Fremont Bank
Attn: Robert Williams
Default Manager
Loan Servicing Dept.
25151 Clawiter Rd.
Hayward, CA 94545-2731

Fremont Bank
160 W. Santa Clara St. #100
San Jose, CA 95113-1708

Fremont Bank
Attn:  Terrance L. Stinnett, Esq.
39150 Fremont Blvd., 3rd Floor
Fremont, CA 94538-1313

Michael J. Hassen
Reallaw, APC
1981 N. Broadway #280
Walnut Creek, CA 94596-3852

Igor V. Bielov
390 Freeport Blvd., Ste. 6
Sparks, NV 89431-6259

InkSystem LLC
1000 Bible Way, Apt. 40
Reno, NV 89502-2132

Inkredible LLC
675 Fairview Dr., Ste 233
Carson City, NV 89701-5425

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Special Procedures Section
P.O. Box 7346
Philadelphia, PA 19101-7346

Michael A. Isaacs
Dentons US LLP
1 Market Plaza
Spear Tower 24th Fl.
San Francisco, CA 94105-1101

Jacqueline L. James
Hemar, Rousso and Heald, LLP
15910 Ventura Blvd., 12th Fl.
Encino, CA 91436-2829

Janina M. Hoskins, Chapter 7 Trustee of
In re ART LLC, Case No. 18-30014 HLB
c/o Michael A. Isaacs of Dentons US LLP
One Market Plaza, Spear Tower, 24th Floo
San Francisco, CA 94105-1101

Jeff Carr
Laura Carr
2 Cambridge Ct.
Danville, CA 94526-2253

Jeffer Mangels Butler & Mitchell LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3823

Jeffrey Carr and Laura Carr
2 Cambridge Ct
Danville, CA 94526-2253

Monique Jewett-Brewster
Hopkins and Carley
70 South First St.
San Jose, CA 95113-2406

KBF LLC
935 Sharmon Palms Lane, Apt. C
Campbell, CA 95008-6027

KBF LLC
c/o Nevada Secretary of State
202 N. Carson St.
Carson City, NV 89701-4201

KBF LLC
c/o Volodymyr Slobodianiuk
2787 Moorpark Ave.
San Jose, CA 95128-3154

Case: 18-30016    Doc# 362    Filed: 09/18/18    Entered: 09/18/18 17:46:10    Page 4 of 6

| | | |
|---|---|---|
| Karine LLC<br>1280 Terminal Way #28<br>Reno, NV 89502-3243 | Karine Vardanian<br>935 Sharmon Palms Lane, Apt. C<br>Campbell, CA 95008-6027 | |
| (p)MONTEE & ASSOCIATES<br>ATTN KEVIN MONTEE<br>1250-I NEWELL AVE SUITE 149<br>WALNUT CREEK CA 94596-5305 | Raffi Khatchadourian<br>Hemar, Rousso and Heald<br>15910 Ventura Blvd. 12th Fl.<br>Encino, CA 91436-2829 | Alyssa B. Klausner<br>Swedelson and Gottlieb<br>11900 W Olympic Blvd. #700<br>Los Angeles, CA 90064-1045 |
| | | Kristina Antonova<br>3408 Chitgar Place<br>San Jose, CA 95117-1666 |
| Laura Carr and Jeff Carr<br>2 Cambridge Ct.<br>Danville, CA 94526-2253 | Law Office of Alex Gortinskiy<br>2233 Watt Ave. #340<br>Sacramento, CA 95825-0520 | Lucky Print LLC<br>1000 Bible Way, Apt. 40<br>Reno, NV 89502-2132 |
| Michael Huang<br>201 Folsom Street<br>Unit 23D<br>San Francisco, CA 94105-5078 | Kevin Montee<br>Montee and Associates<br>1250-I Newell Ave. #149<br>Walnut Creek, CA 94596-5373 | OFFICE OF THE UNITED STATES TRUSTEE<br>450 GOLDEN GATE AVE.<br>5TH FLOOR, STE #05-0153<br>SAN FRANCISCO, CA 94102-3661 |
| Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 | | One Rincon Hill Tower II Association aka The<br>c/o SwedelsonGottlieb<br>Attn: Alyssa B. Klausner, Esq.<br>11900 W. Olympic Blvd., Suite 700<br>Los Angeles, CA 90064-1045 |
| PS Business Parks<br>Attn: Suzanne Parks<br>2316 Walsh Ave.<br>Santa Clara, CA 95051-1331 | | PS Business Parks, L.P.<br>1250-I Newell Ave., Suite 149<br>Walnut Creek, CA 94596-5305 |
| Pacific Pine LLC<br>201 California St. #500<br>San Francisco, CA 94111-5028 | Pacific Pine LLC<br>Attn: Joyce Yonce<br>201 California St. #500<br>San Francisco, CA 94111-5028 | |
| | | Reallaw, APC<br>1981 N. Broadway #280<br>Walnut Creek, CA 94596-3852 |
| Roman Taryanik<br>3408 Chtigar Place<br>San Jose, CA 95117-1666 | | Rowan Owners Assoc.<br>c/o First Service Residential California<br>P.O. Box 512989<br>Los Angeles, CA 90051-0989 |

Sancase, LLC
1012 Giacomo Lane
San Jose, CA 95131-4030

Joshua Scheer
Scheer Law Group
26522 La Alameda #205
Mission Viejo, CA 92691-6546

Seiko Epson Corp.
c/o Annie S. Wang
Wang Law Corporation
1160 Foothill Blvd. #E
La Canada Flintridge, CA 91011

Michael Ablin Shakouri
Goodkin & Lynch LLP
1875 Century Park East, Suite 1860
Los Angeles, CA 90067-2519

Shirish Sathaye
15315 Sobey Rd.
Saratoga, CA 95070-6275

Synchrony Bank Amazon Credit Card
101 California St. #1500
San Francisco, CA 94111-5888

The Vale PA-1 Owner, LLC
c/o LS- Sunnyvale, LLC
7525 Irvine Center Dr., Suite 200
Irvine, CA 92618-3069

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

Veles LLC
1280 Terminal Way #28
Reno, NV 89502-3243

Vilacet LLC
38868 Thimbleberry Pl.
Newark, CA 94560-4862

Vitalii Maliuk
675 Fairview Dr., Ste. 233
Carson City, NV 89701-5425

Vladimir Slobodianiuk
935 Sharmon Palms Lane, Apt. C
Campbell, CA 95008-6027

Annie S. Wang
Wang Law Corp.
1150 Foothill Blvd. #E
La Canada Flintridge, CA 91011-3276

Phillip K. Wang
Rimon, P. C.
1 Embarcadero Center #400
San Francisco, CA 94111-3619

Reilly Wilkinson
Scheer Law Group
155 N Redwood Dr. #100
San Rafael, CA 94903-1966

Bennett G. Young
Jeffer Mangels Butler and Mitchell LLP
2 Embarcadero Center, 5th Fl
San Francisco, CA 94111-3813