Stephen J. Kottmeier (State Bar No. 077060)
Monique D. Jewett-Brewster (State Bar No. 217792)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Creditor
5 Arch Funding Corp. and its Affiliates

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Artem Koshkalda, an individual,<br><br>Debtor. | CASE NO. 18-30016-HLB<br><br>CHAPTER NO. 7<br><br>R.S. No. MJB-1<br><br>**CREDITOR 5 ARCH FUNDING CORP.'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER (I) GRANTING RELIEF FROM AUTOMATIC STAY; AND (II) CONFIRMING AUTOMATIC STAY NOT IN EFFECT**<br><br>Date: November 21, 2018<br>Time: 1:00 p.m.<br>Courtroom: 19<br>Judge: Hon. Hannah L. Blumenstiel |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Secured Creditor 5 ARCH FUNDING CORP. AND ITS AFFILIATES (collectively, "Creditor") hereby advises that the above-captioned Chapter 7 estate has closed the sales of five of the real properties constituting Creditor's collateral for its pre-petition secured loans to debtor Artem Koshkalda ("Debtor"): (i) 38868 Thimbleberry Place, Newark, CA; (ii) 338 Potrero

853\3147061.1

CREDITOR 5 ARCH FUNDING CORP.'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER (I) GRANTING RELIEF FROM AUTOMATIC STAY; AND (II) CONFIRMING AUTOMATIC STAY NOT IN EFFECT

Case: 18-30016    Doc# 412    Filed: 11/02/18    Entered: 11/02/18 16:50:46    Page 1 of 2

Avenue, Unit 402, San Francisco, CA; (iii) 401 Harrison Street, Unit 4D, San Francisco, CA; (iv) 401 Harrison Street, Unit 4A, San Francisco, CA; and (v) 388 Fulton Street, Unit 207, San Francisco, CA. The Chapter 7 estate has abandoned the final two real properties constituting Creditor's collateral for its pre-petition loans to Debtor: (i) 11 Franklin Street, Unit 502, San Francisco, CA; and (ii) 11 Franklin Street, Unit 205, San Francisco, CA. Accordingly, Creditor hereby withdraws its *Motion for Order (I) Granting Relief from Automatic Stay; and (II) Confirming Automatic Stay not in Effect* filed March 27, 2018 (*see* ECF No. 84), and continued for hearing on November 21, 2018, at 1:00 p.m.

Dated: November 2, 2018

Respectfully submitted,

HOPKINS & CARLEY
A Law Corporation

By: /s/ *Monique D. Jewett-Brewster*
Stephen J. Kottmeier
Monique D. Jewett-Brewster
Attorneys for Creditor 5 Arch Funding
Corp. and its Affiliates

853\3147061.1

- 2 -

CREDITOR 5 ARCH FUNDING CORP.'S NOTICE OF WITHDRAWAL OF MOTION FOR ORDER (I) GRANTING RELIEF FROM AUTOMATIC STAY; AND (II) CONFIRMING AUTOMATIC STAY NOT IN EFFECT

Case: 18-30016    Doc# 412    Filed: 11/02/18    Entered: 11/02/18 16:50:46    Page 2 of 2