```
 1  ARTEM KOSHKALDA
 2  3408 CHITGAR PLACE,
    SAN JOSE, CA, 95117
 3  artemkoshkalda@gmail.com
 4  PRO SE
```

FILED
DEC 09 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:<br><br>ARTEM KOSHKALDA,<br><br>DEBTOR. | CASE NO. 18-30016-HLB<br><br>CHAPTER 7<br><br>**DEBTOR'S MOTION FOR LEAVE TO SUE TRUSTEE AND FOX AND TRUSTEE'S REMOVAL**<br><br>HEARING: JANUARY 9, 2020<br>TIME: 10:00 A.M.<br>PLACE: 450 GOLDEN GATE AVE<br>        16TH FLOOR<br>        SAN FRANCISCO, CA, 94102<br><br>JUDGE: HON. HANNAH L. BLUMENSTIEL |

ARTEM KOSHKALDA (the "Debtor") files this motion ("Motion") seeking this Court to enter an order allowing the Debtor to pursue his claims against the Trustee and the Fox Rothschild LLP under the *Barton Doctrine* in different forum and Trustee's removal.

The Motion is based upon Notice of Hearing, Memorandum of Points and Authorities filed by Debtor in support of the Motion, and Declaration of Artem Koshkalda accompanying the Motion.

DATED: December 5, 2019          *Pro Se*

By: *Artem Koshkalda*
Artem Koshkalda, Debtor